# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS

### DESOTO CORRECTIONAL INSTITUTION

MEMO TO:  ICT

FROM: MRS. A. PRIMUS, CLASSIFICATION OFFICER

DATE: NOVEMBER 5, 2009

SUBJECT: INMATE BRAZILL, NATHANIEL DC# W16443

---

Due to inmate Brazill, Nathaniel DC# W16443 pending litigation against numerous staff at Desoto C.I (564), it is recommended that inmate Brazill be transferred to Okeechobee C.I (404) or Hendry C.I. (576) as a Non-Negative Internal Security Threat (SU).


Ardine L. Primus
Classification Officer

**EXHIBIT.AG.001**

IRMO105

```
                                    MISCELLANEOUS LOG REPORT              02/18/2013  08:09
                                           HARDEE C.I.                    PAGE         1

INMATE NAME:  BRAZILL, NATHANIEL R    DC#: W16443    PREV LOC/HOUS/JOB: //   HOUS: E4114U   P.O. BOX:

*SECTION I:  MISCELLANEOUS LOG
TYPE: R0101 = CIO ACTION
DATE: 11/05/2009  TIME: 15:01
DISP: TU1 = SU TRANSFER RECOMMENDED
STAFF: PA101 - PRIMUS, A. L.
   DUE TO INMATE BRAZILL, NATHANIEL DC# W16443 PENDING LITIGATION AGAINST NUMEROUS STAFF AT DESOTO C.I (564), IT IS RECOMMENDED
THAT INMATE BRAZILL BE TRANSFERRED TO OKEECHOBEE C.I (404) OR HENDRY C.I. (576) AS A NON-NEGATIVE INTERNAL SECURITY THREAT
(SU).

TYPE: R0301 = ICT RECOMMENDATION
DATE: 11/10/2009  TIME: 11:17
DISP: TU1 = SU TRANSFER RECOMMENDED
STAFF: ERE01 - EDWARDS, R. E.          HRL03 - HOLMES, R. L.          RJW03 - REED, J.W.
   RECOMMEND NON-NEG ST TRANSFER

TYPE: R0401 = SCO DECISION
DATE: 11/12/2009  TIME: 11:09
DISP: TT3 = SU TRANSFER APPROVED
STAFF: MGR09 - MORRIS, G.R.
OF TRANSFER APPROVED FOR OKEECHOBEE CI WITH ALTERNATE TO HENDRY CI. FOR THE SAFETY OF INMATE BRAZILL AND FOR THE SECURITY
OF THE INSTITUTION AS INMATE BRAZILL APPARENTLY HAS PENDING LITIGATION AGAINST STAFF AT DESOTO ANNEX AND THUS TO AVOID
ANY CONFLICT INMATE IS APPROVED FOR TRANSFER.

TYPE: R0501 = FINAL DECISION NOTICE
DATE: 11/12/2009  TIME: 14:22
DISP: TDR = TRANSFER DECISION REVIEWED
STAFF: ORL01 - ORTON, R. L.
```

**EXHIBIT.AG.002**

Date: 11/5/2009

Page ____ of ____

**State of Florida**
**Department of Corrections**
**Institutional Classification Team Docket**

Institution: DESOTO C.I. ANNEX

Start Time: _____

Chairman: _____     Other member: _____
Class. Supervisor: _____     Other member: _____
Chief of Security: _____     Other member: _____

**Docket Schedule**

| Inmate # | Inmate Name | Team | Custody | Purpose | ICT Action | SCO Final Action |
|----------|-------------|------|---------|---------|------------|------------------|
| W16443 | BRAZILL, NATHANIEL | 06 | CLO | TRF | RECOMMEND NON-NEGATIVE INTERNAL SECURITY THREAT TRANSFER (SU) TO OKEECHOBEE C.I. (404) OR HENDRY C.I. (576) | Approved |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DC6-120 (Revised 1-02)

**EXHIBIT.AG.003**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**DEC 2 8 2009**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

DEC 1 4 2009

GRIEVANCE
COORDINATOR

TO: ☑ Warden        ☐ Assistant Warden        ☐ Secretary, Florida Department of Corrections

From: Brazill, Nathaniel R. _____ W16443 _____ Okeechobee C. I. _____
    Last    First    Middle Initial        Number        Institution

    0912-404-049

| Part A – Inmate Grievance |
| --- |

This is a grievance of reprisal filed directly with the Warden as authorized by Rule 33-103.006(3)(c), F.A.C. I have by-passed the informal grievance step because of the retaliation I've suffered which is the subject of this complaint.

On December 2, 2009, I was transferred from DeSoto Correctional Institution Annex in retaliation for the civil lawsuit I filed against staff at DeSoto.

On September 11, 2009, I filed a civil lawsuit in the Circuit Court for Leon County, Florida. Among those named as defendants in the lawsuit were Corrections Secretary Walter A. McNeil, DeSoto's Warden Robert C. Toens, DeSoto's Assistant Warden Ronald L. Holmes, and DeSoto's Security Chief Correctional Officer Beth E. Cowart. Mr. McNeil received notice of the lawsuit on October 8, 2009, and the staff at DeSoto received notice of the lawsuit on October 9, 2009. At the time the above named officials were notified of the lawsuit, I was outside the Department's custody and away from the institution. I returned to DeSoto on October 28, 2009. On November 5, 2009, I was placed in administrative confinement "under investigation" by Col. Cowart. I subsequently discovered that I was really in administrative confinement "pending transfer, due to pending litigation against staff at DeSoto C.I."

My transfer from DeSoto was requested by Warden Toens and/or Assistant Warden Holmes and/or Col. Cowart in retaliation for me having filed the above mentioned lawsuit. Had I not have filed the lawsuit, I would not have been transferred from DeSoto. There is no other basis for that administrative decision. As such, my First Amendment right was violated by all those officials at the institutional level and central office level who participated in my retaliatory transfer.

December 13th, 2009 _____     Nathaniel Brazill W16443 _____
DATE                                SIGNATURE OF GRIEVANT AND D.C. #

**FILE**

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:   2   / Nathaniel Brazill
                                                                        #        Signature

Olb

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____     Institutional Mailing Log #: _____     _____
                    (Date)                                                    (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY            CENTRAL OFFICE
            INMATE (2 Copies)            INMATE
            INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
            INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                            CENTRAL OFFICE

DCI-303 (Revised 2/05)

**EXHIBIT.AG.004-1**

**PART B - RESPONSE**

B1160

| BRAZILL, NATHANIEL | W16443 | 0912-404-049 | OKEECHOBEE C.I. | ~~C1219U~~ |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated, and the following has been determined:

You were given a transfer due to the lawsuit you filed against the department of corrections. This was a 'non-negative transfer' and does not count against you. The decision was made based upon what would be best for you, the department and the general public.

Your appeal is also unclear as to what you are asking for.

Based on the above information, your grievance is DENIED.

You may obtain further administrative review of your complaint by obtaining and completing form DC1-303, Request for Administrative Remedy or Appeal, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

| | | 12-24-09 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

DEPARTMENT OF CORRECTIONS

**JUN 06 2010**

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED

DEC 1 7 2009

GRIEVANCE
COORDINATOR

TO: ☑ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections

From: Brazill, Nathaniel R. ___  W16443 ___ Okeechobee C.I.
    Last   First   Middle Initial    Number     Institution

0912-404-073

---

Part A – Inmate Grievance

    This is a grievance of reprisal filed directly with the Warden as authorized by Rule 33-103.006(3)(c), F.A.C. I have by passed the informal grievance step because of the retaliation I've suffered which is the subject of this complaint.

    I spent twenty-seven days in administrative confinement while at DeSoto Correctional Institution Annex. On November 5, 2009, DeSoto's Security Chief Correctional Officer Colonel Beth E. Cowart had me placed in administrative confinement where I remained until December 2, 2009, when I was transferred from DeSoto. The sole purpose of me being placed in administrative confinement was in retaliation for me having filed a lawsuit against Col. Cowart and the administration at DeSoto. This retaliation by Col. Cowart violated my First Amendment right.

**FILE**

December 16th, 2009 ___
DATE

_Nathaniel R. Brazill W16443_
SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___1___ / _Nathaniel Brazill_
                                                          #    Signature

100

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: _____ _____
                     (Date)                                                          (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY               CENTRAL OFFICE
                INMATE (2 Copies)                INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE     CENTRAL OFFICE INMATE FILE
                                                CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

EXHIBIT.AG.005-1

**PART B - RESPONSE**

| BRAZILL, NATHANIEL | W16443 | 0912-404-073 | OKEECHOBEE C.I. | B1116U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been received, evaluated, and the following has been determined:

Per chapter 33-103.011(1)(b), formal grievances must be received no later than 15 calendar days from: (2) The Formal Grievance was not received within 15 calendar days of the date on which the incident or action being grieved occurred, if an informal grievance was not filed pursuant to the circumstances specified in subsection 33-103.006(3); F.A.C.

You were placed in confinement by Duncan, D. on November 5, 2009.  On that date your 15 days began.

Based on the aforementioned, your grievance is RETURNED without action.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 1·5·10 <br> DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**EXHIBIT.AG.005-2**

```
                    IR18KCK_11_05_2009_15_21_45
  IRNO105                   REPORT OF ADMINISTRATIVE CONFINEMENT,
  DC6-233A                      11/05/2009  15:21
                                              DESOTO ANNEX
                          PAGE      1

INMATE NAME:  BRAZILL, NATHANIEL R       DC#: W16443    PREV LOC/HOUS/JOB:      /
  /    HOUS: F3103U   P.O. BOX: 5112
```

*SECTION I:    PLACEMENT IN ADMINISTRATIVE CONFINEMENT    (OR POSSIBLE PROTECTION
NEED FROM SPECIAL MGT CASE)
DATE: 11/05/2009    TIME: 15:19
DISP: Z05 = AC-INVEST/CHANGE OF STATUS
STAFF: DDD13 - DUNCAN, DAIQUIRI D.
    ON 11/5/2009, AT APPROXIMATELY 1519 HOURS INMATE BRAZILL, NATHANIEL W16443 WAS
PLACED INTO ADMINISTRATIVE CONFINEMENT
AFTER BEING ADVISED OF THE PLACEMENT. ON THE ABOVE DATE INMATE BRAZILL WAS PLACED
INTO CONFINEMENT STATUS PENDING INVESTIGATION
PER INSTRUCTION FROM COLONEL COWART. INMATE OFFERED NO STATEMENT AND WAS GIVEN A
PRECONFINEMENT PHYSICAL BY MEDICAL. INMATE
WAS GIVEN THE OPPORTUNITY TO MAKE A NOTIFICATION PHONE CALL. CANTEEN CARD
DEACTIVATED.

**EXHIBIT.AG.006**

DEPARTMENT OF CORRECTIONS
DAILY RECORD OF SPECIAL HOUSING

Security Alerts/Property/Privilege Restrictions:

Inmate Name: Brazill, Nathaniel
FDC#: WA6448
Institution: DeSoto/Annex
Dorm & Cell #: F   3103T   Diet: Reg

Special Housing Category: AC ☑ DC ☐ CM ☐ MM ☐ CSU ☐ TCU ☐ CMHI ☐
This is sheet number ___ of inmate's current period of special housing.
Initial Placement Date: 11-5-08   Applicable Level ___   Team ___
Status AC   DC Time Begins ___   Ends ___

## SECURITY DEPARTMENT

(May be entered with check ✓ mark unless otherwise indicated)

| Day / Date | Physical Appearance | Attitude | Time | Remarks (check box if additional remarks included on back or DC6-229B) | Weight [enter actual] | Cell Search | Laundry/Linen | Haircut/Shave | Shower | Outdoor Exercise (# hours) | Dayroom Activities (# hours) | Work Assignment (# hours) | Phone Call | Visit | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun | | | | | ☐ | | | | | | | | | | |
| 11-1 | | | | | ☐ | | | | | | | | | | |
| Mon | | | | | ☐ | | | | | | | | | | |
| 11-2 | | | | | ☐ | | | | | | | | | | |
| Tue | | | | | ☐ | | | | | | | | | | |
| 11-3 | | | | | ☐ | | | | | | | | | | |
| Wed | | | | | ☐ | | | | | | | | | | |
| 11-4 | | | | | ☐ | | | | | | | | | | |
| Thu 11-5 | S | S | 305P 7:00P | Inmate Seen by Med. Placed in AC | ☑ | | ✓ | | | | | | | | AW |
| Fri 11-6 | S S | 3 S | 9:00 6:00 | | ☐ | ✓ | ✓ | | | | | | | | ½ |
| Sat 11-7 | S | S | 9:00 | Refusal exc-1-55 the 3day | ☐ | | | | | | | | | ✓ | |
| Sun | | | | | ☐ | | | | | | | | | | |

## MEDICAL/MENTAL HEALTH DEPARTMENT

| Date | Time | Condition | Action and Remarks | Initials |
|---|---|---|---|---|
| | | | | |

### PROGRAMS

| Date | Time | Program Provided/Remarks | Initials |
|---|---|---|---|
| | | | |

Incorporated by Reference in Rule 33-601.800, F.A.C.

**EXHIBIT.AG.007-1**

## Classification / Institutional Classification Team (ICT) / State Classification Office (SCO) Review

| Date Reviewed | Action | Remarks - Disposition | Signature |
|---|---|---|---|
| 11/6/09 | ICT | Approve ICT Review | [signature] |

**INSTRUCTIONS:**

Complete this form in view original only or every inmate placed in special housing. If the inmate is in AC or DC, maintain this form in the housing area for one week, then forward to the ICT for review, then to Classification for placement in the institutional inmate record. If the inmate is in CM, maintain this form in the housing area for thirty (30) days. After each 30-day review by the ICT, forward to Classification to be filed in the institutional inmate record. If inmate is remaining in special housing, fill out the heading of another form on this inmate.

Security Department: "physical appearance" and "attitude" columns, indicate by one of the following and add additional comments to explain: Excellent – (E) Very Good – (VG), Good – (G), Satisfactory – (S), Fair – (F), Poor – (P), Unsatisfactory – (U). Weigh inmate each record weight upon entry to special housing, once a week thereafter, and on discharge. The actual amount of time out of cell for dayroom activities, outdoor exercise and the job assignment will be recorded in the appropriate space. All other sources may be left blank. to include spaces for activities not completed, as well as those not applicable to the inmate's current special housing status.

**REMARKS:** Full and complete remarks are required in the following situations:

Security Department:
1. Unusual occurrences in an inmate's behavior.
2. It becomes necessary to notify Medical.
3. It becomes necessary to restrict any privilege or remove any clothing, bedding, personal property, or comfort item to prevent the inmate from inflicting injury to prevent the destruction of property or equipment, or to prevent the inmate from impairing security staff from accomplishing functions essential to the unit and institutional security.
4. If inmate refuses food.
5. Cell thrown.
6. Release to population.
7. To further restrain a remain inmate under "physical appearance or attitude".

Medical:
1. Immediate health care services (code #1).
2. Call out for a physician's appointment or laboratory, x-ray, tests, etc. (code #2).
3. No action required (code #3).
4. Referral to mental health (code #4).
5. Co-pay, if inmate requests care which results in a health care encounter at that time (code #5).
5. Medication administration (code #6).

Mental Health:
1. Refer to medical for follow-up or physical health related complaint (code MH-1).
2. Immediate mental health care services, receipt due to urgent or emergent concerns (code MH-2).
3. No action required (code MH-3).
4. Schedule for non-emergency follow-up by mental health (code MH-4).
5. Evaluation and/or treatment services (code MH-5).

Classification/SCO:
1. At next review of the case.
2. On release from special housing, or upon status change.
3. Job Assignment.
4. Privilege(s) reinstate and/or reinstated by ICT.
5. SCO review of privilege restrictions over 30 days.
6. Other Classification Action.

Programs:
1. Academic Services (code AS).
2. Wellness Education Program (code WE).
3. Fresh Start Smoking Cessation (code SC).
4. Betterment Program (code BP).
5. Chaplaincy Services (code CS).
6. 100 Hour Visitation (code TR).

**ADDITIONAL REMARKS:**

| Date | Time | Remarks | Date | Time | Remarks | Date | Time | Remarks |
|---|---|---|---|---|---|---|---|---|
| 11/6 | | SGT Receipt, inmate appears educated | | | | | | |

DC6-229 (Revised 5/1/03)          Incorporated by Reference in Rule 33-601.800, F.A.C.

**EXHIBIT.AG.007-2**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
JAN 1 2 2010
GRIEVANCE COORDINATOR

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: Brazill, Nathaniel R.     W16443     Okeechobee C.I.
Last   First   Middle Initial        Number              Institution

1001-404-030

Part A – Inmate Grievance

This is a grievance of reprisal filed directly with the Warden as authorized by Rule 33-103.006(3)(c), F.A.C. I have by-passed the informal grievance step because of the retaliation I've suffered which is the subject of this complaint. This grievance is just now being filed because critical information has just been discovered and was not known even after I exercised due diligence.

My complaint is that Captain Daiquiri Duncan at DeSoto Correctional Institution Annex placed me in confinement on November 5, 2009, in retaliation for two grievances I filed against him. I had filed two grievances against Captain Duncan for violating my right to free speech (Central Office Log # 09-6-11510) and depriving me of sleep (Central Office Log # 09-6-17353). In retaliation for filing those grievances against him, Captain Duncan placed me in confinement. His sole motive for placing me in confinement was to retaliate against me for filing those grievances against him.

The reason this grievance is just now being filed is because the fact that Captain Duncan was the one who placed me in confinement has just became known to me. When I was being escorted to confinement at DeSoto, I was informed by Sergeant W. Eaddy that I was being placed in confinement by Colonel Beth E. Cowart. With that information, I wrote two inmate requests inquiring into my placement in confinement. In her responses dated 11/12/09 and 11/17/09, Colonel Cowart never indicated that it was Captain Duncan who placed me in confinement. Because of this cover-up by Colonel Cowart and Sergeant Eaddy, I had no reason to suspect that Captain Duncan placed me in confinement. Only after I wrote a grievance while here at Okeechobee (Log # 0912-404-073) was it revealed to me that I was "placed in confinement (See Continuation Page)

January 10th, 2000                    Nathaniel R. Brazill W16443
DATE                         SIGNATURE OF GRIEVANT AND D.C. #

Page 1 of 2

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  2  / Nathaniel Brazill
                                                          #        Signature
10 0

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log # _____
                        (Date)                                              (Received By)

DISTRIBUTION:     INSTITUTION/FACILITY          CENTRAL OFFICE
                  INMATE (2 Copies)             INMATE
                  INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                  INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                                CENTRAL OFFICE GRIEV.

DC1-303 (Revised 2/05)

EXHIBIT.AG.008-1

## CONTINUATION OF GRIEVANCE / APPEAL

by Duncan, D." Prior to that response which I received on 01/08/10, that critical fact was unknown to me.

Therefore, I ask that this grievance of reprisal be accepted as timely and be investigated accordingly.

Nathaniel R. Brazill W16443
Signature and DC# of Inmate

January 16th, 2010
Date

(Page  2  of  2 )

EXHIBIT.AG.008-2

**PART B - RESPONSE**

| BRAZILL, NATHANIEL | W16443 | 1001-404-030 | OKEECHOBEE C.I. | F3218U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated, and the following has been determined:

On November 5, 2009, you were placed into Administrative Confinement by Captain Duncan, at the direction of Colonel Cowart. The Shift Supervisor is responsible for the placement of inmates into Administrative Confinement during his/her shift. There was no "cover-up" as you allege in your grievance and when interviewed Captain Duncan stated at no time has he retaliated against you for filing grievances against him.

Based on the above information, your grievance is DENIED.

You may obtain further administrative review of your complaint by obtaining and completing form DC1-303, Request for Administrative Remedy or Appeal, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 1.27.10 DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**EXHIBIT.AG.008-3**

STATE OF FLORIDA
DEPARTMENT OF CORRECTI   N

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
JAN 1 9 2010
GRIEVANCE
COORDINATOR

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: Brazill, Nathaniel R.         W16443         Okeechobee C. I.
      Last  First  Middle Initial      Number              Institution

1001-404-053

Part A – Inmate Grievance

   This is a grievance of reprisal filed directly with the Warden as authorized by Rule 33-103.006 (3)(c), F.A.C. I have by-passed the informal grievance step because the conduct that is the subject of this complaint is retaliation. This grievance is just now being filed because certain relevant information was recently revealed to me that was not known prior.

   My complaint is that Sergeant W. Eaddy at DeSoto Correctional Institution Annex gave me false and misleading information in retaliation for an informal grievance I filed against him for becoming "overtly hostile and aggressive" towards me. Sergeant Eaddy was interviewed by Colonel Beth E. Cowart of DeSoto and denied "talking to [me] in the manner [I] describe[d]." On November 5, 2009, when Sergeant Eaddy placed me in handcuffs to be escorted to confinement at DeSoto, he informed me that I was being "placed under investigation per Colonel Cowart." However, the records reveal that it was Captain D. Dunkin who had me placed in confinement on November 5. I maintain that Sergeant Eaddy knew that it was Captain Dunkin but he was bitter towards me over the informal grievance so he misled me with false information that it was Colonel Cowart, in retaliation for the informal grievance I filed against him. Had I not have filed the informal grievance, he would not have misled me.

   The reason this grievance is just now being filed is because the fact that Sergeant Eaddy had given me false and misleading information regarding who had me placed in confinement has just recently been revealed. Sergeant Eaddy informed me on 11/05/09, that I was being placed in confinement by Colonel Cowart, not Captain Dunkin. I subsequently wrote Colonel Cowart two inmate requests inquiring into my placement in confinement. In her responses dated 11/12/09 and 11/17/09, Colonel Cowart never indicated to me that it was   (See Continuation Page)

January 17th, 2010        Page 1 of 2        Nathaniel R. Brazill W16443
      DATE                                  SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  1   Nathaniel Brazill
                                                                                    Signature

INSTRUCTIONS

10E   Security

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____
                              (Date)                                                              (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE   INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)                                    EXHIBIT.AG.009-1

## CONTINUATION OF GRIEVANCE / APPEAL

Captain Duncan who had me placed in confinement. Only after I wrote a grievance while here at Okeechobee (Log # 0912 - 404-073) did I discover that I was "placed in confinement by Duncan, D." Prior to that response which I received on 01/08/10, I did not know that Sergeant Eaddy had given me false and misleading information.

Therefore, I ask that this grievance of reprisal be accepted as timely and be investigated accordingly.

Nathaniel R. Brazill  W16443
Signature and DC# of Inmate

January 17th, 2010
Date

(Page 2 of 2 )

EXHIBIT.AG.009-2

## PART B - RESPONSE

| BRAZILL, NATHANIEL | W16443 | 1001-404-053 | OKEECHOBEE C.I. | F3218U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated, and the following has been determined:

Your claims of reprisal have been investigated and the following determined: Sergeant Eaddy, at the direction of Captain Dunkin, escorted you to Administrative Confinement. Captain Dunkin, received direction from Colonel Cowart regarding your placement into Administrative Confinement.  There was no intentional misleading of information as Captain Dunkin, as the Shift Supervisor, is responsible for the placement of inmates into Administrative Confinement during his shift.

Based on the above information, your grievance is DENIED.

You may obtain further administrative review of your complaint by obtaining and completing form DC1-303, Request for Administrative Remedy or Appeal, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 1.27.10 DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C O. Inmate File

(1 Copy) Retained by Official Responding

**EXHIBIT.AG.009-3**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED

FEB 05 2010

GRIEVANCE
COORDINATOR

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From: Brazill, Nathaniel   R.        W16443        Okeechobee C.I.
      Last   First   Middle Initial      Number         Institution
                                    1002-404-029

Part A – Inmate Grievance

This is a grievance of reprisal being filed directly with the Warden as authorized by Rule 33-103.006(3)(c), F.A.C. I have by-passed the informal grievance step because of the retaliation I've suffered which is the subject of this complaint. This grievance is just now being filed because of a new, relevant revelation that I will explain.

My complaint is that I spent twenty-seven days in confinement while at DeSoto Correctional Institution Annex in retaliation by Colonel Beth E. Cowart for having filed a civil lawsuit against her in the Circuit Court for Leon County, Florida. Colonel Cowart is the main defendant in that action because of her memos. She received notice of the lawsuit on October 9, 2009. When she received that notice, I was away from the institution and outside of the Department's custody. I returned to DeSoto on October 28, 2009. On November 5, 2009, I was placed in administrative confinement "under investigation" at the direction of Col. Cowart after Lieutenant James M. McKenzie informed Col. Cowart that I had returned to the institution. The sole motivation for Col. Cowart having me placed in confinement was to retaliate against me for filing the lawsuit. My presence in general population posed no threat to the order, safety, or security of the institution. Had I not have filed that lawsuit, I would not have been placed in confinement.

The reason this grievance is just now being filed is because the fact that it was Col. Cowart who had me placed in confinement has just been confirmed. I initially file a grievance of reprisal against Col. Cowart here but the response was that I was "placed in confinement by Duncan, D." (Log # 0912-404-073). I then abandoned that grievance because of the new information and filed grievances against Capt. Duncan and his co-conspirator Sgt. Eaddy. (Log #'s 1001-404-030 and 1001-404-053). The response to (See Continuation Page)

February 4th, 2010        Page 1 of 2        Nathaniel R. Brazill W16443
DATE                                          SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                          #        Signature

INSTRUCTIONS        05-C    See

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on _____        Institutional Mailing Log #: _____
                          (Date)                                                        (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIE

DC1-303 (Revised 2/05)

EXHIBIT.AG.010-1

## **CONTINUATION OF GRIEVANCE / APPEAL**

those grievances dated 1/27/10, once again shifted responsibility for my confinement from Capt. Duncan back to Col. Cowart. Because this administration keeps shifting responsibility for my confinement at DeSoto from Col. Cowart then back to Col. Cowart, I am left to believe that this administration is trying to cover for Col. Cowart's corruptness. But I remain persistant: I will not tire; I will not falter; and I will not fail. The course of this conflict is not known, yet its outcome is certain. Freedom and fear, justice and cruelty, have always been at war, and we know that God is not neutral between them.

   Therefore, I ask that this grievance of reprisal against Col. Cowart be accepted as timely, that it be investigated, and that she be held accountable for her misdeeds.

_Nathaniel R. Bright   W16443_
Signature and DC# of Inmate

_February 4th, 2010_
Date

(Page _2_ of _2_ )

**EXHIBIT.AG.010-2**

**PART B - RESPONSE**

| BRAZILL, NATHANIEL | W16443 | 1002-404-029 | OKEECHOBEE C.I. | C1203U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated, and the following has been determined:

Your allegations against Colonel Cowart have been carefully reviewed. In your grievance you maintain that you were placed in confinement as retaliation for suing Colonel Cowart, and other staff officials. This assessment of this complaint shows that you were in confinement the time you assert here. You were confined pending investigation. In this setting, confinement for reason of investigation is a permissible management procedure. You fail to demonstrate with creditable, substantive, and actual evidence that malice, reprisal, and retaliation were the basis of your confinement. Therefore, there are no grounds for administrative intervention.

Based on the above information, your grievance is DENIED.

You may obtain further administrative review of your complaint by obtaining and completing form DC1-303, Request for Administrative Remedy or Appeal, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASS'T WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE 2/18/10 |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**EXHIBIT.AG.010-3**

DeSoto Annex

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**DAILY RECORD OF SEGREGATION**

Inmate Name: BRAZILL, NATHANIEL
DC #: W16443
Institution: SFRC
Cell Number: E310610

This is sheet number _1_ on this inmate's current confinement.
Initial date of confinement _4/10/06_

Date Confined _4/10/06_   Weight _136_
Date _4/10/06_   Weight _136_
Date Discharged _4/12/06_   Weight _136_

### CUSTODIAL DEPARTMENT

| Date | Type Confinement | Diet Specify | Time | | Physical Appearance | Attitude | Remarks | Initials |
|------|------------------|--------------|------|--|---------------------|----------|---------|----------|
| 4/10/06 | AC | REG | 5:30 | AM/PM | S | S | Total from T+R | LL |
| 4/11 | AC | reg | 6:30 | AM/PM | S | S | red prison Ly check | |
| 4/12 | AC | Reg | 6:00 | AM/PM | S | S | Tot Brown Seaury check | |
| | | | | PM | | | FSD Seaury Othes | |
| 4/12 | AC | | 5:30 | AM/PM | S | S | Inmate Escored to R | |
| | | | | AM/PM | | | | |
| | | | | AM/PM | | | | |
| | | | | AM/PM | | | | |
| | | | | AM/PM | | | | |
| | | | | AM/PM | | | | |
| | | | | AM/PM | | | | |
| | | | | AM/PM | | | | |
| | | | | AM/PM | | | | |
| | | | | AM/PM | | | | |
| | | | | AM/PM | | | | |
| | | | | AM/PM | | | | |
| | | | | AM/PM | | | | |
| | | | | AM/PM | | | | |

### MEDICAL DEPARTMENT

| Date | Hour | Condition | Action and Remarks | Initials |
|------|------|-----------|--------------------|----------|
| | | | | |

Page 1 of 2

DC6-229 (Revised 12-01)

**EXHIBIT.AG.011**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
DAILY RECORD OF SPECIAL HOUSING

Inmate Name: Brazill Nathaniel
FDC#: LLLLUU43
Institution: Desoto CI Annex
Dorm & Cell #: F   Bldg   Regular   Diet: Regular

Special Housing Category: AC ☒ DC ☐ CM ☐ MM ☐ CSU ☐ TCU ☐ CMHI ☐
This is sheet number __1__ of inmate's current period of special housing.
Initial Placement Date: 10/28/09   Applicable Level _____
Status: AC   DC Time Begins _____   Ends 10/28/09   Team _____

Security Alerts/Property/Privilege Restrictions:

## SECURITY DEPARTMENT

| Day / Date | Physical Appearance | Attitude | Time | Remarks (check box if additional remarks included on back or DC6-229B) | Weight (enter actual) | Cell Search | Laundry/Linen | Haircut/Shave | Shower | Outdoor Exercise (if hours) | Dayroom Activities (if hours) | Work Assignment (if hours) | Phone Call | Visit | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ? | S | S | 1905 | Transferred in from outside court | ☐ 199 | | | | | | | | | | TW |
| 10/28 Thu 10/29 | Sat | Sat | 2006 | Recieved Released to GP Received assessment physical | ☐ 144 | | | | | | | | | | TW |

(May be entered with check ✓ mark unless otherwise indicated)

## MEDICAL/MENTAL HEALTH DEPARTMENT

| Date | Time | Condition | Action and Remarks | Initials |
|---|---|---|---|---|
| | | | | |

### PROGRAMS

| Date | Time | Program Provided/Remarks | Initials |
|---|---|---|---|
| | | | |

Incorporated by Reference in Rule 33-602.220, F.A.C.

DC6-229 (Revised 4/27/06)   Page 1 of 2

**EXHIBIT.AG.012-1**

## Classification / Institutional Classification Team (ICT) / State Classification Office (SCO) Review

| Date Reviewed | Action | Remarks - Disposition | Signature |
|---|---|---|---|
| OCT 2 9 2009 | ICT | Approve ICT. Phased release to OP | |

### INSTRUCTIONS:
Complete this form in one original only on every inmate placed in special housing. If the inmate is in AIC or DIC, maintain this form in the housing area for one week, then forward to the ICT for review, then to Classification for placement in the institutional inmate record. If the inmate is in ICM, maintain this form in the housing area for thirty (30) days. After each 30-day review by the ICT, forward to Classification to be filed in the institutional inmate record. If inmate is remaining in special housing, fill out the heading of another form on this inmate.

Security Department "physical appearance" and "attitude" columns - indicate by one of the following and add additional comments to explain: Excellent - (E), Very Good - (VG), Good - (G), Satisfactory - (S), Fair - (F), Poor - (P), Unsatisfactory - (U). Weigh inmate and record weight upon entry to special housing, once a week thereafter, and on discharge. The actual amount of time out of cell for dayroom activities, outdoor exercise and for job assignment will be recorded in the appropriate space. All other activities will be checked in the appropriate space. All other spaces may be left blank, to include spaces for activities not conducted, as well as those not applicable to the inmate's current special housing status.

REMARKS : Full and complete remarks are required in the following situations:

**Security Department**
1. Unusual occurrences in inmate's behavior.
2. It becomes necessary to notify Medical.
3. It becomes necessary to restrict any privilege or remove any clothing, bedding, personal property, or comfort item to prevent the inmate from inflicting injury, to prevent the destruction of property or equipment, or to prevent the inmate from impeding security staff from accomplishing functions essential to the unit and institutional security.
4. If inmate refuses food.
5. Cell changes.
6. Release to population.
7. To further explain a notation made under "physical appearance" or "attitude."

**Medical**
1. Immediate health care services (code #1).
2. Call out for a physician's appointment or laboratory, x-ray, tests, etc. (code #2).
3. No action required (code #3).
4. Referral to mental health (code #4).
5. Co-pay; if inmate requests care which results in a health care encounter at that time (code #5).
6. Medication administration (code #6).

**Mental Health**
1. Refer to medical for follow-up of physical health related complaint (code MH 1).
2. Immediate mental health care services needed due to urgent or emergent concerns (code MH 2).
3. No action required (code MH 3).
4. Schedule for non-emergency follow-up by mental health (code MH 4).
5. Evaluation and/or treatment provided (code MH 5).

**Classification/ICT/SCO**
1. At each review of the case;
2. On release from special housing, or upon status change;
3. Job Assignment.
4. Privilege(s) restricted and/or reinstated by ICT.
5. SCO review of privilege restrictions over 30 days.
6. Other Classification Action.

**Programs**
1. Academic Services (code AS)
2. Wellness Education Program (code WE)
3. Fresh Start Smoking Cessation (code SC)
4. Betterment Program (code BP)
5. Chaplaincy Services (code CS)
6. 100 Hour Translation (code TR)

### ADDITIONAL REMARKS:

| Date | Time | Remarks |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DC6-229 (Revised 4/27/08)

Incorporated by Reference in Rule 33-602.220, F.A.C.

**EXHIBIT.AG.012-2**

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### REPORT OF ADMINISTRATIVE CONFINEMENT

Institution:  South Florida Recption Center     Date:  08-02-2001          Housing:  Echo

Inmate Name:  BRAZILL, NATHANIEL R          B/M          DC NUMBER   W16443

I.      **REPORT**: A Report of Administrative Confinement is to be completed on each inmate placed in this status.

Date placed in Administrative Confinement :   Date  08-02-2001          Time:   12:00 PM
(Fully state the circumstances surrounding the incident and the reason for placement:)

Inmate Brazill, Nathaniel R. DC# W16443 was received from Palm Beach County Jail and is being placed in Administrative Confinement due to the high profile and the notariety of his case. Inmate Brazill was asked if he understood why he was being placed in confinement, he stated, "yes". Inmate Brazill was asked if he had any further comments and he stated, "no". Inmate Brazill received a pre-confinement physical prior to being placed in confinement.

Date:      08-02-2001                    Signed:    Capt. S. Greenberg
                                                    Official Placing Inmate in Administrative Confinement

II.     **CLASSIFICATION REVIEW**:
(Investigate the assignment to Administrative Confinement and state the findings and recommendations.)




Date:  _____          Signed:  _____
                                              Correctional Probation Officer

III.    **INSTITUTIONAL CLASSIFICATION TEAM ACTION**:

☐  **APPROVE**                    ☐  **DISAPPROVE**

**COMMENTS:**
08-03-01
Inmate: Brazil, Nathaniel DC# W16443
Classification Team: C.W. Bryan, Acting CPSS
                     C. Denmark, Assist. Warden
                     Colonel Higgenbotham
The Institutional Classification Team consisting of the above three individuals met with inmate Brazil on 08-03-01 at approximately 10:50am. Inmate Brazil was advised he was placed in administrative confinement fo High Profile Case. The subject was asked whether he desired to offer a statement regarding this. The subjec stated: He understands why he is in administrative confinement. The team recommends inmate remain in A/C: Pending transfer to a Y.O. facility.

| 08-03-01 | C.W. Bryan, Acting CPSS | Colonel Higgenbotham | C. Denmark, Assist. Warden |
|----------|------------------------|----------------------|---------------------------|
| Date | Team Member | Team Member | Team Chairman |


Distribution:  White:   Central Office
               Yellow:  Institutional Inmate Record

DC6-233a (Revised 2-01)

**EXHIBIT.AG.013**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

DAILY RECORD OF SEGREGATION

This is sheet number _____ on this inmate's current confinement.
Initial date of confinement _____ 12-11-1

Inmate Name: Brazill Nathaniel
DC #: WWW63
Institution: HCI
Cell Number: A9 A2 W

Date confined 12-11-1
Date _____
Date discharged _____

Weight _____
Weight _____
Weight _____

| Date | Type Adm. | Pun. | Diet Specify | Time AM PM | Physical Appearance | Attitude | Remarks | Initials | Date | Hour | Condition | Action and Remarks | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CUSTODIAL DEPARTMENT | | | | | | MEDICAL DEPARTMENT | | |
| 12-11-1 | AC | | Res | AM PM 12 AM | 5 | 5 | placed into AC cell A4/A2W | CB | 12/11/1 | 070 | 5 | 3 | H |
| 12-11-1 | AC | | R | 5 AM 01 | | | OIC visit | DB | 12/11/1 | 050 | 5 | 3 | ke |
| 12-11-1 | AC | | R | 6 PM 30 11 AM 05 | 5 | 5 | breakfast served | CS | 12/12/61 | 030 | 5 | 3 | es |
| 12-11-1 | AC | | R | PM | 5 | 5 | Fed Lunch | JB | 12/11/1 | 005 | 5 | 3 | es |
| 12-11 | AC | | R | AM 7 PMCO | 5 | 5 | Fed Dinner   OIC visit | JT | | | | | |
| 12/12/01 | AC | | R | 5 AM 3 AM 25 | 5 | 5 | OIC VISIT | GB | | | | | |
| 12/12/01 | AC | DC | R | 9 PM55 7 AM55 | 5 | 5 | breakfast served | SB | | | | | |
| 12-12 | DC | | R | 2 PM10 | 5 | 5 | Status change from AC to DC | SB | | | | | |
| 12-12 | DC | | R | AM PM | 5 | 5 | Fed Lunch | SB | | | | | |
| 12-12 | DC | | R | AM 5 PM | 5 | 5 | OIC visit | JT | | | | | |
| 12-12 | DC | | Reg | 5 PM 9 PM00 | 5 | 5 | Fed Dinner   OIC visit | BB | | | | | |
| 12-13-1 | DC | | R | 6 AM55 | 5 | 5 | shower  OIC visit | SB | | | | | |
| 12-13-1 | DC | | R | 2 PM20 | 5 | 5 | OIC Visit | SB | | | | | |
| 12-13 | DC | | R | 40 PM | 5 | 5 | breakfast served | SB | | | | | |
| 12-14 | DC | | R | 7 AM40 | 5 | 5 | OIC visit | JT | | | | | |
| 12-14 | DC | | R | 5 AM 30 11 AM 55 | 5 | 5 | breakfast served | SB | | | | | |
| 12-14 | DC | | R | PM | 5 | 5 | OIC visit | SB | | | | | |
| | | | | AM PM | | | fed lunch | SB | | | | | |

DAILY RECORD OF SEGREGATION
DC4-815 (6/96)

EXHIBIT.AG.014-1

| | CLASSIFICATION REVIEW | | | SUPERINTENDENT'S REVIEW |
|---|---|---|---|---|
| Date Reviewed | Action | Remarks - Disposition | Signature | |
| 12/12/01 | no Hearing | (2-4) 15 days | R.O.( ) | |
| | | | | |
| | | | | Signature |
| | | | | Date |

**INSTRUCTIONS:**

Complete this form in one original only on every inmate placed in either administrative or disciplinary confinement. When this form is filled or when the inmate is released, immediately route form to the superintendent for review and then to institutional inmate file. If inmate is remaining in confinement, fill out the heading of another form on this inmate.

Weigh inmate on entry to confinement, once a week thereafter, and on discharge. Custodial department "physical appearance" and "attitude" columns - indicate by one of the following and add additional comments to explain:

Excellent, Very Good, Good, Satisfactory, Fair, Poor, Unsatisfactory

**REMARKS: Full and complete remarks are required in the following situations:**

**Custodial Department - Officer in Charge**
1. Unusual occurrences in inmate's behavior;
2. It becomes necessary to notify the medical department;
3. It becomes necessary to restrict any privilege or remove any clothing, bedding, or comfort item for the inmate's own protection or to prevent destruction;
4. If inmate refuses food;
5. Cell changes;
6. Release to population;
7. To further explain a notation made under "physical appearance" or "attitude."

**ADDITIONAL REMARKS:**

**Medical**
1. Immediate health care services (code #1);
2. Call out for a physician's appointment or laboratory, x-ray, tests, etc. (code #2);
3. No action required (code #3);
4. Referral to mental health (code #4);
5. Co-pay, if inmate requests care which results in a health care encounter at that time (code #5);
6. Medication administration (code #6).

**Mental Health**
1. Refer to medical for follow-up of physical health related complaint (code MH 1);
2. Immediate mental health care services needed due to urgent or emergent concerns (code MH 2);
3. No action required (code MH 3);
4. Schedule for nonemergent follow-up by mental health (code MH 4).

**Classification**
1. At each review of the case;
2. On release from confinement.

DAILY RECORD OF SEGREGATION
DC-4815 (6/94)

**EXHIBIT.AG.014-2**

```
                        OFFENDER MANAGEMENT COMMENTS              PAGE 001
   DC NO: W16443    NAME: BRAZILL, NATHANIEL R.         STATUS: ACTIVE INMATE
                    CUR.LOC: INDIAN RIVER C. I.         TRD: 05/18/2028

RECORD: 200406221530              LABEL: PLACED IN ADMIN CONF
COMMENT TYPE: CCM = CRITICAL CASE MANAGEMENT LOG


ACT LINE                           COMMENTS
---------------------------------------------------------------------------
    02   INMATE BRAZILL, NATHANIEL DCW16443, WAS PLACED INTO
    04   ADMINISTRATIVE CONFINEMENT PENDING INVESTIGATION INTO THE
    06   DISCIPLINARY CHARGE OF 9-14: MAIL REGULATION VIOLATIONS.  ON
    08   JUNE 22, 2004 AT APPROXIMATELY 1:00PM AN INVESTIGATION INTO
    10   INCOMING MAIL FOR INMATE BRAZILL REVEALED HE WAS INVOLVED IN
    12   RUNNING A BUSINESS WHILE INCARCERATED BY PROVIDING LEGAL
    14   SERVICE FOR MONEY.  INMATE BRAZILL WAS ADVISED AS TO WHY HE
    16   WAS BEING PLACED INTO CONFINEMENT AND ASKED IF HE WOULD LIKE
    18   TO MAKE A STATEMENT.  INMATE BRAZILL SAID "OH THAT WAS AT
    20   HILLSBOROUGH".  INMATE BRAZILL RECEIVED A PRE-CONFINEMENT
    22   PHYSICAL BY ON DUTY STAFF AND WAS PROVIDED AN OPPORTUNITY TO
                                        F1=MAIN MENU  F6=SCREENS  F7=REPORTS
PRESS PF8 TO RETURN TO CALLING PROGRAM  F2=1ST PAGE   F9=OT48     MORE+
```



**EXHIBIT.AG.015**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

DAILY RECORD OF SEGREGATION

Inmate Name: BRAZILL, NATHANIEL
DC #: XX164462
Institution: Indian River Correctional Institution
Call Number:

This is sheet number 1 on this inmate's current confinement.
Initial date of confinement: 11-3-04

Date Confined: 11-03-04   Weight 139.4
Date: 5/6/07   Weight 110
Date Discharged: 11-9-04   Weight 137

| | CUSTODIAL DEPARTMENT | | | | | | | | MEDICAL DEPARTMENT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Type | | Diet | | Time | Physical Appearance | Attitude | Remarks | Initials | Date | Hour | Condition | Action and Remarks | Initials |
| | Confinement | | Specify | | | | | | | | | | | |
| 11-04 | AC | | Reg | | 12:47 PM | Sat | Sat | Inmate BRAZILL, DC# XX164462 | | 11-03-04 | 0740 | Stable | Released to R.O.D.P.R | KB |
| | | | | | | | | Was placed into Administrative | | 11-03 | 0845 | | MENTAL HEALTH CONF. ROUND | |
| | | | | | | | | Confinement pending a disciplinary | | | | | | |
| | | | | | | | | By Sgt. NOCHA | | | | | | |
| | | | | | | | | Inmate BRAZILL was escorted to | | | | | | |
| | | | | | | | | Confinement by: Sgt. NOCHA | | | | | | |
| | | | | | | | | Inmate BRAZILL willfully not | | | | | | |
| | | | | | | | | Receive a disciplinary Report for 1-4 | | | | | | |
| | | | | | | | | Disregard to Staff | | | | | | |
| | | | | | | | | Inmate BRAZILL was strip | | | | | | |
| | | | | | | | | Searched by: A. Perez | | | | | | |
| | | | | | | | | Inmate BRAZILL was issued a copy of | | | | | | |
| | | | | | | | | The confinement rules. | | | | | | |
| 11/3 | AC | Reg | | 12:00 PM | Sat | Sat | FED MEAL Received 1 tray | CM | | | | | |
| 11/3/04 | AC | Regular | | 5:00 PM | Sat | Sat | Returned received tray | JD | | | | | |
| | | | | | 8:00 AM | Sat | Sat | Shower/shave/recreation | | | | | | |
| 11/4 | AC | Reg | | 12:00 PM | Sat | Sat | Pm meal received tray | CM | | | | | |
| 11/4 | A C | Reg | | 6:00 AM | Sat | Sat | Fed meal collected tray | JHP | | | | | |
| | | | | 11:00 PM | Sat | Sat | Fed meal collected tray | | | | | | |
| 11/5 | NC | Any | | 4:30 PM | Sat | Sat | Fed meal call tray | | | | | | |
| 11/5 | NC | | | 5:45 PM | Sat | Sat | Shower, Shave, State call | | | | | | |
| 11/6 | NC | | | 6:15 AM | Sat | Sat | Fed meal - collected tray | | | | | | |
| 11/6 | AC | Regular | | 11:42 AM | Sat | Sat | Fed meal served tray | | | | | | |
| 11/6/04 | AC | | | 4:35 PM | Sat | Sat | Fed meal collected tray | | | | | | |
| | | | | 6:40 PM | Sat | Sat | Shower collected tray | | | | | | |
| 11/03/04 | AC | Regular | | 6:15 AM | Sat | Sat | Fed meal collected tray | | | | | | |
| 11/8/04 | AC | | | 11:00 PM | Sat | Sat | Fed meal collect tray | | | | | | |
| | | | | 7:00 PM | Sat | Sat | Fed meal collected tray | | | | | | |
| 11/9/04 | AC | Regular | | 6:15 AM | Sat | Sat | Fed meal collected tray | | | | | | |
| | | | | 11:00 PM | Sat | Sat | Fed meal collected tray | | | | | | |

DC6-229 (Revised 12-01)

Page 1 of 2

**EXHIBIT.AG.016-1**

## INSTITUTIONAL CLASSIFICATION TEAM / STATE CLASSIFICATION OFFICE REVIEW

| Date Reviewed | Action | Remarks - Disposition | Signature | ICT's REVIEW |
|---|---|---|---|---|
| 1/7/04 | 1st Cr Reviewing M | Remain Contat until further | | |
| 11-8-04 | | DC 30 / Prob 30 Renewed | Vet. Aldman / CCC | Signature<br>11/8/04<br>Date |

## INSTRUCTIONS:

Complete this form in one original only on every inmate placed in either administrative or disciplinary confinement or close management. If the inmate is in administrative or disciplinary confinement, maintain this form in the housing area for one week, then forward to the ICT for review, and then forward to Classification for filing in the institutional inmate record. If the inmate is in close management, maintain this form in the housing area for thirty (30) days. After each 30 day review by the ICT, forward to Classification to be filed in the institutional inmate record. If inmate is remaining in confinement, fill out the heading of another form on this inmate.

Weigh inmate on entry to confinement, once a week thereafter, and on discharge. Custodial department "physical appearance" and "attitude" columns - indicate by one of the following the appropriate comments to explain:

Excellent, Very Good, Good, Satisfactory, Fair, Poor, Unsatisfactory

## REMARKS: Full and complete remarks are required in the following situations:

**Custodial Department - Officer in Charge**
1. Unusual occurrences in inmate's behavior;
2. It becomes necessary to notify the medical department;
3. It becomes necessary to restrict any privilege or remove any clothing, bedding, or comfort item for the inmate's own protection or to prevent destruction;
4. If inmate refuses food;
5. Cell changes;
6. Release to population;
7. To further explain a notation made under "physical appearance" or "attitude."

**Medical**
1. Immediate health care services (code #1);
2. Call out for a physician's appointment or laboratory, x-ray, tests, etc., (code #2);
3. No action required (code #3);
4. Referral to mental health (code #4);
5. Co-pay, if inmate requests care which results in a health care encounter at that time (code #5);
6. Medication administration (code #6).

**Mental Health**
1. Refer to medical for follow-up of physical health related complaint (code MH 1);
2. Immediate mental health care services needed due to urgent or emergent concerns (code MH 2);
3. No action required (code MH 3);
4. Schedule for nonemergent follow-up by mental health (code MH 4).

**Classification**
1. At each review of the case;
2. On release from confinement.

## ADDITIONAL REMARKS:

DC6-229 (Revised 12-01)

**EXHIBIT.AG.016-2**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

DAILY RECORD OF SEGREGATION

Inmate Name: BRAZILL, NATHANIEL
DC #: X91643
Institution: Indian River Correctional Institution
Call Number:

This is sheet number 1 on this inmate's current confinement.
Initial date of confinement 11-3-04

Date Confined 11-03-04    Weight 132
Date 5/6/06    Weight 110
Date Discharged 11-9-04    Weight 137

| | CUSTODIAL DEPARTMENT | | | | | | | | MEDICAL DEPARTMENT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Type Confinement | Diet Specify | Time | Physical Appearance | Attitude | Remarks | Initials | Date | Hour | Condition | Action and Remarks | Initials |
| 11/04 | AC | Reg | 12:01 AM | Sat | Sat | Inmate BRAZILL DC# X91643 | QA | 11/03/04 | 0740 | stable | Released to dorm | KS |
| | | | PM | | | Was placed into Administrative | | 11/05 | 0845 | | MENTAL HEALTH CONF. ROUND | |
| | | | AM | | | Confinement pending a UCC review | | | | | | |
| | | | PM | | | By: Sgt. NELSON Shift O.I.C. | | | | | | |
| | | | AM | | | Inmate BRAZILL was escorted to | | | | | | |
| | | | PM | | | Confinement by: Sgt. NELSON | | | | | | |
| | | | AM | | | Inmate BRAZILL Will/Will not | | | | | | |
| | | | PM | | | Receive a disciplinary Report for 1-4 | | | | | | |
| | | | AM | | | DISRESPECT TO STAFF | | | | | | |
| | | | PM | | | Inmate BRAZILL was strip | | | | | | |
| | | | AM | | | Searched by: A. Reese | | | | | | |
| | | | PM | | | Inmate BRAZILL was issued a copy of | | | | | | |
| | | | AM | | | The confinement rules. | | | | | | |
| 11/3 | AC | Reg | 12:00 PM | Sat | Sat | FED MEAL Received 1 tray | QA | | | | | |
| 11/3/04 | AC | Regular | 5:00 PM | Sat | Sat | Shower/Sheet collected tray | JD | | | | | |
| | | | 8:00 AM | Sat | Sat | Re Fed/1 collected tray | JD | | | | | |
| 11/4 | AC | Reg | 12:00 PM | Sat | Sat | Fed meal Removed tray | QA | | | | | |
| 11/5 | AC | Reg | 6:00 AM | Sat | Sat | Fed meal/are meal/equ ab | JP | | | | | |
| 11/5 | NC | | 11:00 PM | Sat | Sat | Fed meal was tray | QA | | | | | |
| | | | 4:30 PM | Sat | Sat | Fed meal cell tray | ST | | | | | |
| 11/5 | NC | | 5:45 PM | Sat | Sat | Shower/Sheet Slave tray | ST | | | | | |
| 11/6 | AC | | 6:15 AM | Sat | Sat | FED MEAL - collected tray | BM | | | | | |
| | | | 11:42 AM | Sat | Sat | Fed meal Removed tray | BM | | | | | |
| 11/07/04 | AC | Regular | 4:35 PM | Sat | Sat | Fed meal Collected tray | CV | | | | | |
| | | | 6:40 PM | Sat | Sat | Shower collected tray | CV | | | | | |
| 11/08/04 | AC | Regular | 0615 AM | Sat | Sat | Fed meal collected tray | EV | | | | | |
| | | | 11:00 AM | Sat | Sat | Fed meal collect tray | EV | | | | | |
| 11/08/04 | AC | Regular | 5:00 PM | Sat | Sat | Fed meal collected tray | EV | | | | | |
| | | | 7:00 PM | Sat | Sat | Shower/collected tray | EV | | | | | |
| 11/09/04 | AC | Regular | 0615 AM | Sat | Sat | Fed meal collected tray | KB | | | | | |
| | | | 11:00 PM | | | Fed meal collected tray | KB | | | | | |

DC6-229 (Revised 12-01)

Page 1 of 2

**EXHIBIT.AG.017-1**

## INSTITUTIONAL CLASSIFICATION TEAM / STATE CLASSIFICATION OFFICE REVIEW

| Date Reviewed | Action | Remarks - Disposition | Signature | ICT's REVIEW |
|---|---|---|---|---|
| 1/7/04 | ICT Review<br>Monthly M | Renew - Contd. Restraint | | |
| 11-8-04 | | DC 30 / Prob 30   Renewed | Dr. Arthur / COS | Signature<br>11/8/04<br>Date |

### INSTRUCTIONS:

Complete this form in one original only on every inmate placed in either administrative or disciplinary confinement or close management. If the inmate is in administrative or disciplinary confinement, maintain this form in the housing area for one week, then forward to the ICT for review, and then forward to Classification for filing in the institutional inmate record. If the inmate is in close management, maintain this form in the housing area for thirty (30) days. After each 30 day review by the ICT, forward to Classification to be filed in the institutional inmate record. If inmate is remaining in confinement, fill out the heading of another form on this inmate.

Weigh inmate on entry to confinement, once a week thereafter, and on discharge. Custodial department "physical appearance" and "attitude" columns - indicate by one of the following the word and additional comments to explain:

Excellent, Very Good, Good, Satisfactory, Fair, Poor, Unsatisfactory

### REMARKS: Full and complete remarks are required in the following situations:

**Custodial Department - Officer in Charge**
1. Unusual occurrences in inmate's behavior;
2. It becomes necessary to notify the medical department;
3. It becomes necessary to restrict any privilege or remove any clothing, bedding, or comfort item for the inmate's own protection or to prevent destruction;
4. If inmate refuses food;
5. Cell changes;
6. Release to population;
7. To further explain a notation made under "physical appearance" or "attitude."

**ADDITIONAL REMARKS:**

**Medical**
1. Immediate health care services (code #1);
2. Call out for a physician's appointment or laboratory, x-ray, tests, etc., (code #2);
3. No action required (code #3);
4. Referral to mental health (code #4);
5. Co-pay, if inmate requests care which results in a health care encounter at that time (code #5);
6. Medication administration (code #6).

**Mental Health**
1. Refer to medical for follow-up of physical health related complaint (code MH 1);
2. Immediate mental health care services needed due to urgent or emergent concerns (code MH 2);
3. No action required (code MH 3);
4. Schedule for nonemergent follow-up by mental health (code MH 4).

**Classification**
1. At each review of the case;
2. On release from confinement.

DC6-229 (Revised 12-01)

Page 2 of 2

**EXHIBIT.AG.017-2**

Inmate was given
Confinement rules

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

DAILY RECORD OF SEGREGATION

This is sheet number __1__ on this inmate's current confinement.
Initial date of confinement __9/27/05__

Inmate Name: Brazil Nathaniel
DC #: W/A W3
Institution: Brevard CI
Cell Number: B
DOB: 9/86

Charge ( CAR )

Date Confined __9/27/05__
Date _____
Date Discharged __10-3-05__

Weight: 144
Weight: _____
Weight: 147     Initials: T

| Date | Type Confinement | Diet Specify | Time | Physical Appearance | Attitude | Remarks | Initials | Date | Hour | Condition | Action and Remarks | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CUSTODIAL DEPARTMENT | | | | | | MEDICAL DEPARTMENT | | |
| 9/27/05 | A/C | Reg | AM | Sat | Sat | Placed in conf. per off. Mr. | | 9/28/05 | 9 | A | H.H. COOK b. F. MORGAN, M.D. PA | T |
| 9/28/05 | A/C | Reg | AM 5:30 | Sit | Sit | Wilkins | cont. | | | | | |
| | | | PM | | | Shower 1 kind I collected | 9/28 | | | | | |
| 10/1/05 | N/A | N/A | AM | N/A | N/A | N/A | | | | | | |
| | | | PM | | | | 9/28 | | | | | |
| 10-2-05 | A/C | Reg | AM 11:58 PM | Sat | Sat | Toilet paper, TB med | T | | | | | |
| 10/3 | A/C | Reg | AM 5:45 PM | Sat | Sat | empied morning slider | | | | | | |
| 10-3 | A/C | Reg | AM 11:34 PM | Sat | Sat | returned to gp. | Reg | | | | | |
| | | | AM | | | PM ITC | | | | | | |
| | | | PM | | | | | | | | | |
| | | | AM | | | | | | | | | |
| | | | PM | | | | | | | | | |
| | | | AM | | | | | | | | | |
| | | | PM | | | | | | | | | |
| | | | AM | | | | | | | | | |
| | | | PM | | | | | | | | | |
| | | | AM | | | | | | | | | |
| | | | PM | | | | | | | | | |
| | | | AM | | | | | | | | | |
| | | | PM | | | | | | | | | |
| | | | AM | | | | | | | | | |
| | | | PM | | | | | | | | | |
| | | | AM | | | | | | | | | |
| | | | PM | | | | | | | | | |

No Phone Calls per Mr. Wilkins

DC6-229 (Revised 12-01)

Page 1 of 2

**EXHIBIT.AG.018-1**

## INSTITUTIONAL CLASSIFICATION TEAM / STATE CLASSIFICATION OFFICE REVIEW

| Date Reviewed | Action | Remarks - Disposition | Signature | ICT's REVIEW |
|---|---|---|---|---|
| 9/30/05 | ICT Review | Remain A/C pending D.R. | *signature* | |
| 10/3/05 | ICT Review | Release to open population pending D.R. | *signature* | |
| | | | | Signature |
| | | | | Date |

**INSTRUCTIONS:**

Complete this form in one original only on every inmate placed in either administrative or disciplinary confinement or close management. If the inmate is in administrative or disciplinary confinement, maintain this form in the housing area for one week, then forward to the ICT for review, and then forward to Classification for filing in the institutional inmate record. If the inmate is in close management, maintain this form in the housing area for thirty (30) days. After each 30 day review by the ICT, forward to Classification to be filed in the institutional inmate record. If inmate is remaining in confinement, fill out the heading of another form on this inmate.

Weigh inmate on entry to confinement, once a week thereafter, and on discharge. Custodial department "physical appearance" and "attitude" columns - indicate by one of the following and add additional comments to explain:

Excellent, Very Good, Good, Satisfactory, Fair, Poor, Unsatisfactory

**REMARKS: Full and complete remarks are required in the following situations:**

**Custodial Department - Officer in Charge**
1. Unusual occurrences in inmate's behavior;
2. It becomes necessary to notify the medical department;
3. It becomes necessary to restrict any privilege or remove any clothing, bedding, or comfort item for the inmate's own protection or to prevent destruction;
4. If inmate refuses food;
5. Cell changes;
6. Release to population;
7. To further explain a notation made under "physical appearance" or "attitude."

**ADDITIONAL REMARKS:**

**Medical**
1. Immediate health care services (code #1);
2. Call out for a physician's appointment or laboratory, x-ray, tests, etc., (code #2);
3. No action required (code #3);
4. Referral to mental health (code #4);
5. Co-pay, if inmate requests care which results in a health care encounter at that time (code #5);
6. Medication administration (code #6).

**Mental Health**
1. Refer to medical for follow-up of physical health related complaint (code MH 1);
2. Immediate mental health care services needed due to urgent or emergent concerns (code MH 2);
3. No action required (code MH 3);
4. Schedule for nonemergent follow-up by mental health (code MH 4).

**Classification**
1. At each review of the case;
2. On release from confinement.

DC6-229 (Revised 12-01)

Page 2 of 2

**EXHIBIT.AG.018-2**

IRNO105                    REPORT OF ADMINISTRATIVE CONFINEMENT, DC6-233A                    11/10/2005  13:28
                                              BREVARD C.I.                                            PAGE    1

INMATE NAME:  BRAZILL, NATHANIEL R        DC#: W16443      PREV LOC/HOUS/JOB: //   HOUS: C1201L   P.O. BOX:

*SECTION I:   PLACEMENT IN ADMINISTRATIVE CONFINEMENT        (OR POSSIBLE PROTECTION NEED FROM SPECIAL MGT CASE)
DATE: 11/10/2005   TIME: 12:15
DISP: 201 = AC-DISCIPLINARY CHARGES
STAFF: AJA11 - ARMSTRONG, J.A.
     ON 11/10/05, AT APPROXIMATELY 1215 HOURS, INMATE BRAZILL, NATHANIEL DC# W16443 WAS PLACED IN ADMINISTRATIVE CONFINEMENT
AFTER BEING ADVISED OF THE PLACEMENT. SGT. DRUMM REPORTS THAT ON 11/10/05, AT APPROXIMATELY 1140 HOURS WHILE HE WAS ASSISTING
SGT. HARRELL IN A ROUTINE ROOM SEARCH OF ROOM G1-101, HE DISCOVERED A HOMEMADE WEAPON UNDER THE BOTTOM LIP OF THE LOWER
BUNK. INMATE BRAZILL IS ASSIGNED TO G1-201L. INMATE BRAZILL IS BEING CHARGED WITH 3-1: POSSESSION OF A WEAPON. INMATE
BRAZILL WAS ASKED IF HE WISHED TO MAKE A STATEMENT. INMATE BRAZILL OFFERED NO STATEMENT. INMATE BRAZILL WAS GIVEN A PRE-CONFINEMENT
PHYSICAL BY THE MEDICAL STAFF ON DUTY. STAFF MEMBER AUTHORIZING PLACEMENT IN AC: LIEUTENANT JEFFERY A. ARMSTRONG, STAFF
.. AJA11.

EXHIBIT.AG.019



STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

DAILY RECORD OF SEGREGATION

Inmate Name: Braswell, Nathaniel
DC #: W16793
Institution: Desoto Annex
Cell Number: 5112

This is sheet number _1_ on this inmate's current confinement.
Initial date of confinement: 5-31-06

Date Confined 5-31-06
Date Discharged 6-29-06

Weight: 152

| Date | Type Confinement | Diet Specify | Time | Physical Appearance | Attitude | Remarks | Initials | Date | Hour | Condition | Action and Remarks | Weight | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-31 | A/C | Reg | 2:15 PM | 5 | 5 | Dr. placed on A/C | CF | 6-14-06 | AM | SAT | MH3 ROUNDS | | |
| 5-31 | A/C | Reg | 8:00 PM | 5 | 5 | Showed share search | SPD | 6-21-06 | AM | SAT | MH3 ROUNDS | | |
| 6-2 | DC | R | 12:00 AM | 5 | 5 | New Dose in | S | 6-28-06 | AM | SAT | MH3 ROUNDS | | |
| 6-3 | A/C | R | 8:00 PM | 5 | 5 | Cell clean | S | | | | | | |
| 6-5 | A/C | R | 7:00 PM | 5 | 5 | Shower share search SC | SC | | | | | | |
| 6-7 | DC | R | 7:00 PM | 5 | 5 | Shower share search | S | | | | | | |
| 6-10 | DC | R | 8:00 PM | 5 | 5 | Cell clean | S | | | | | | |
| 6-12 | DC | R | 2:25 PM | 5 | 5 | Shower share search | S | | | | | | |
| 6-14 | DC | R | 2:00 PM | 5 | 5 | Shower share search | S | | | | | | |
| 6-16 | DC | R | 2:00 PM | 5 | 5 | Shower share search | S | | | | | | |
| 6-19 | DC | R | 2:00 AM | 5 | 5 | Shower share search | S | | | | | | |
| 6-21 | DC | R | 2:00 PM | 5 | 5 | Shower share search | S | | | | | | |
| 6-22 | DC | R | 3:00 PM | 5 | 5 | Shower share search | S | | | | | | |
| 6-24 | DC | R | 6:00 PM | 5 | 5 | Cell clean | S | | | | | | |
| 6-26 | DC | R | 7:00 PM | 5 | 5 | Shower share search | S | | | | | | |
| 6-29 | DC | R | 9:30 AM | 5 | 5 | Shower share search RTO D | S | | | | | | |

CUSTODIAL DEPARTMENT

MEDICAL DEPARTMENT

DC6-229 (Revised 12-01)

Page 1 of 2

**EXHIBIT.AG.020-1**

| | INSTITUTIONAL CLASSIFICATION TEAM / STATE CLASSIFICATION OFFICE REVIEW | | | ICT's REVIEW |
|---|---|---|---|---|
| Date Reviewed | Action | Remarks - Disposition | Signature | |
| 5-31-06 | Con | Cont Stat | _Wort for the Worth_ | |
| 06/12/06 | ICT | Approve AC Placement | _[signature]_ | ICT REVIEW Signature |
| 6/6/06 | DeHarah-MH | 6-1: 30 DC no Credit | MOD Close _[signature]_ | JUL 05 2006 |
| 6-5-06 | + CT | Cust Stat | _[signature]_ | _[signature]_ Date |

**INSTRUCTIONS:**

Complete this form in one original only on every inmate placed in either administrative or disciplinary confinement or close management. If the inmate is in administrative or disciplinary confinement, maintain this form in the housing area for one week, then forward to the ICT for review, and then forward to Classification for filing in the institutional inmate record. If the inmate is in close management, maintain this form in the housing area for thirty (30) days. After each 30 day review by the ICT, forward to Classification to be filed in the institutional inmate record. If inmate is remaining in confinement, fill out the heading of another form on this inmate.

Weigh inmate on entry to confinement, once a week thereafter, and on discharge. Custodial department "physical appearance" and "attitude" columns - indicate by one of the following and add additional comments to explain:

Excellent, Very Good, Good, Satisfactory, Fair, Poor, Unsatisfactory

**REMARKs: Full and complete remarks are required in the following situations:**

**Custodial Department - Officer in Charge**
1. Unusual occurrences in inmate's behavior;
2. It becomes necessary to notify the medical department;
3. It becomes necessary to restrict any privilege or remove any clothing, bedding, or comfort item for the inmate's own protection or to prevent destruction;
4. If inmate refuses food;
5. Cell changes;
6. Release to population;
7. To further explain a notation made under "physical appearance" or "attitude".

**Medical**
1. Immediate health care services (code #1);
2. Call out for a physician's appointment or laboratory, x-ray, tests, etc.. (code #2);
3. No action required (code #3);
4. Referral to mental health (code #4);
5. Co-pay, if inmate requests care which results in a health care encounter at that time (code #5);
6. Medication administration (code #6).

**Mental Health**
1. Refer to medical for follow-up of physical health related complaint (code MH 1);
2. Immediate mental health care services needed due to urgent or emergent concerns (code MH 2);
3. No action required (code MH 3);
4. Schedule for nonemergent follow-up by mental health (code MH 4).

**Classification**
1. At each review of the case;
2. On release from confinement.

**ADDITIONAL REMARKS:**

| | |
|---|---|
| 6-14-06 | _Clew_ |
| 6-15-06 | _TCT_ |
| 6-28-06 | _Close_ |

_[signatures]_

Bn. D. West
Cont Status

Page 2 of 2

DC6-229 (Revised 12-01)

**EXHIBIT.AG.020-2**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

DAILY RECORD OF SEGREGATION

This is sheet number __1__ on this inmate's current confinement.
Initial date of confinement __8-8-06__

Inmate Name: Brazil, Nathaniel
DC #: W 16 943
Institution: DCI
Cell Number: E 2115U / E 2115U / S1/2

Date Confined: 8-8-06
Date: ____
Date Discharged: ____
Weight: 150
Weight: ____
Weight: ____



| Date | Type Confinement | Diet Specify | Time | Physical Appearance | Attitude | Remarks | Initials | Date | Hour | Condition | Action and Remarks | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CUSTODIAL DEPARTMENT | | | | | MEDICAL DEPARTMENT | | |
| 8-8 | AC | R | AM/PM | | J | For security staff placed in AC per Lyt Lumpkin | | 8/8/06 | PM | SAT | MH3 ROUNDS | CB |
| 8-11 | AC | R | 6:10 PM | S | J | Cell cleans | B | 8/13/06 | PM | SAT | MH3 ROUNDS | CB |
| 8-13 | AC | R | 9:20 PM | S | S | Moved to E2114 | a | 8/20/06 | AM | SAT | MH3 ROUNDS | CB |
| 8-11 | AC | R | 7:00 PM | S | S | Shower Shave Search | | 8/26/06 | AM | SAT | MH3 ROUNDS | CB |
| 8-16 | AC | R | 2:50 PM | S | S | Shower Shave Search | | | | | | |
| 8-18 | AC | R | 1:20 PM | S | S | Set stall OL | | | | | | |
| 8-19 | DC | R | 6:00 PM | S | S | Cell cleans up | mg | | | | | |
| 8-21 | DC | R | 7:10 PM | S | S | Shower After shave shaved | R | | | | | |
| 8-23 | DC | Q | 7:00 PM | S | S | Shower Shave Search | B.B | | | | | |
| 8-25 | DC | Q | 6:00 PM | S | S | Searched Shave Search | mg | | | | | |
| 8-26 | DC | R | 6:00 PM | S | S | Cell clean up | mg | | | | | |
| 8-29 | DC | R | 6:30 PM | S | S | Shower Shave Search | KS | | | | | |
| 8-30 | DC | R | 10:37 PM | S | S | Shower Shave Search | TH | | | | | |
| 9-1 | DC | R | 6:00 PM | S | S | Shave | B | | | | | |
| 9-2 | DC | Q | 6:00 PM | S | S | Cell clean up | mg | | | | | |
| 9-4 | DC | Q | 7:00 PM | S | S | Shower Shave Search | | | | | | |
| 9-6 | DC | R | 7:00 PM | S | S | Shower Shave Search | | | | | | |

DC6-229 (Revised 12-01)

Page 1 of 2

**EXHIBIT.AG.021-1**

## INSTITUTIONAL CLASSIFICATION TEAM / STATE CLASSIFICATION OFFICE REVIEW

| Date Reviewed | Action | Remarks - Disposition | Signature | ICT's REVIEW |
|---|---|---|---|---|
| 9/15/06 | D.C. Cont | 30 DC | Steven Schultz | |
| 9/18/06 | ICT | Cont. Stat | Tom Dunnone | Signature |
| 9/12/06 | M | C.P. B.H. | | SEP 1 8 2006 |
| 8/3/06 | I-C.T. | Cont - Stat - | | Date |

**INSTRUCTIONS:**

Complete this form in one original only on every inmate placed in either administrative or disciplinary confinement or close management. If the inmate is in administrative or disciplinary confinement, maintain this form in the housing area for one week, then forward to the ICT for review, and then forward to Classification for filing in the institutional inmate record. If the inmate is in close management, maintain this form in the housing area for thirty (30) days. After each 30 day review by the ICT, forward to Classification to be filed in the institutional inmate record. If inmate is remaining in confinement, fill out the heading of another form on this inmate.

Weigh inmate on entry to confinement, once a week thereafter, and on discharge. Custodial department "physical appearance" and "attitude" columns - indicate by one of the following and add additional comments to explain:

Excellent, Very Good, Good, Satisfactory, Fair, Poor, Unsatisfactory

**REMARKS: Full and complete remarks are required in the following situations:**

**Custodial Department - Officer in Charge**
1. Unusual occurrences in inmate's behavior;
2. It becomes necessary to notify the medical department;
3. It becomes necessary to restrict any privilege or remove any clothing, bedding, or comfort item for the inmate's own protection or to prevent destruction;
4. If inmate refuses food;
5. Cell changes;
6. Release to population;
7. To further explain a notation made under "physical appearance" or "attitude."

**ADDITIONAL REMARKS:**

**Medical**
1. Immediate health care services (code #1);
2. Call out for a physician's appointment or laboratory, x-ray, tests, etc., (code #2);
3. No action required (code #3);
4. Referral to mental health (code #4);
5. Co-pay, if inmate requests care which results in a health care encounter at that time (code #5);
6. Medication administration (code #6).

**Mental Health**
1. Refer to medical for follow-up of physical health related complaint (code MH 1);
2. Immediate mental health care services needed due to urgent or emergent concerns (code MH 2);
3. No action required (code MH 3);
4. Schedule for nonemergent follow-up by mental health (code MH 4).

**Classification**
1. At each review of the case;
2. On release from confinement.

DC6-229 (Revised 12-01)

Page 2 of 2

**EXHIBIT.AG.021-2**

```
IRN0105                      REPORT OF ADMINISTRATIVE CONFINEMENT, DC6-23.A        06/22/2004  16:22
                                   INDIAN RIVER C. I.                                   PAGE    1

INMATE NAME:  BRAZILL, NATHANIEL R      DC#: W16443   PREV LOC/HOUS/JOB: ---/-------/---   HOUS: K2203L  P.O. BOX: 9289

*SECTION I:   PLACEMENT IN ADMINISTRATIVE CONFINEMENT   (OR POSSIBLE PROTECTION NEED FROM SPECIAL MGT CASE)
DATE: 06/22/2004   TIME: 15:30
DISP: Z01 = AC-DISCIPLINARY CHARGES
STAFF: CLF01 - COCHENOUR,LINDA F.
    INMATE BRAZILL, NATHANIEL DCW16443, WAS PLACED INTO ADMINISTRATIVE CONFINEMENT PENDING INVESTIGATION INTO THE DISCIPLINARY
CHARGE OF 9-14: MAIL REGULATION VIOLATIONS. ON JUNE 22, 2004 AT APPROXIMATELY 1:00PM AN INVESTIGATION INTO INCOMING MAIL
FOR INMATE BRAZILL REVEALED HE WAS INVOLVED IN RUNNING A BUSINESS WHILE INCARCERATED BY PROVIDING LEGAL SERVICE FOR MONEY.
INMATE BRAZILL WAS ADVISED AS TO WHY HE WAS BEING PLACED INTO CONFINEMENT AND ASKED IF HE WOULD LIKE TO MAKE A STATEMENT.
INMATE BRAZILL SAID "OH THAT WAS AT HILLSBOROUGH". INMATE BRAZILL RECEIVED A PRE-CONFINEMENT PHYSICAL BY ON DUTY STAFF
AND WAS PROVIDED AN OPPORTUNITY TO GIVE A WRITTEN STATEMENT.
```

**EXHIBIT.AG.022**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
DAILY RECORD OF SPECIAL HOUSING

Inmate Name: Brazill, Nathaniel
FDC#: W16443
Institution: OCI
Dorm & Cell #: Billou

Diet: Regular

Special Housing Category: AC ☑ DC ☐ CM ☐ MM ☐ CSU ☐ TCU ☐ CMHI ☐
This is sheet number _____ of inmate's current period of special housing.
Initial Placement Date 12-24-05 Applicable Level _____
Status AC DC Time Begins _____ Ends _____ Team 1/3/10

Security Alerts/Property/Privilege Restrictions:

### SECURITY DEPARTMENT

(May be entered with check ✓ mark unless otherwise indicated)

| Day / Date | Physical Appearance | Attitude | Time | Remarks (check box if additional remarks included on back or DC6-229B) | Weight (enter actual) | Cell Search | Laundry/Linen | Haircut/Shave | Shower | Outdoor Exercise (# hours) | Dayroom Activities (# hours) | Work Assignment (# hours) | Phone Call | Visit | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-24 | | | | Called inmate into AC conference per 03 | 160 | ✓ | | | | | | | | | ✓ |
| | | | | unit, investigation completed, action to continue | 160 | ✓ | | | | | | | | | ✓ |
| 12-24 | | | | for DC confinement attempt strip search | 160 | ✓ | | | | | | | | | ✓ |
| 12-24 | | | | | 160 | ✓ | | | | | | | | | ✓ |
| | | | | no phone call | 160 | | | | | | | | | | ✓ |
| | | | | sleeping cell | | ✓ | ✓ | | | | | | | | ✓ |
| | | | | | 145 | ✓ | ✓ | | | | | | | | ✓ |
| | | | | | | ✓ | ✓ | ✓ | ✓ | | | | | | ✓ |
| | | | | | 149 | ✓ | ✓ | ✓ | ✓ | | | | | | ✓ |
| | | | | | 146 | ✓ | ✓ | ✓ | ✓ | | | | | | ✓ |
| 1-3-10 | | | | moved to gen population | 146 | ✓ | | | | | | | | | ✓ |

### MEDICAL/MENTAL HEALTH DEPARTMENT

| Date | Time | Condition | Action and Remarks | Initials |
|---|---|---|---|---|
| | 0800 | | M H cont. | |
| | 0844 | | M H Seg. | |

### PROGRAMS

| Date | Time | Program Provided/Remarks | Initials |
|---|---|---|---|

DC6-229 (Revised 4/27/08)        Incorporated by Reference in Rule 33-601.800, F.A.C.

**EXHIBIT.AG.023-1**

## Classification / Institutional Classification Team (ICT) / State Classification Office (SCO) Review

| Date Reviewed | Action | Remarks - Disposition | Signature |
|---|---|---|---|
| 12-26-09 | ICT Review | Cont. st. status | |
| 12-31-09 | above | Cont. status | |
| 1-6-10 | above | Cont. status | |
| 1-13-10 | ICT | Re/eval from A6 to GP per ICT | |

**INSTRUCTIONS**

Complete this form in one original only on every inmate placed in special housing. The inmate is in AC or DC, maintain this form in the housing area for one week, then forward to the ICT for review, then to Classification for placement in the institutional inmate record. If the inmate is in CM, maintain this form in the housing area for thirty (30) days. After each 30 day review by the ICT, forward to Classification to be filed in the institutional inmate record. If inmate is remaining in special housing, fill out the heading of another form on this inmate.

Security Department: physical appearance and "attitude" columns - indicate by one of the following and add additional comments to explain: Excellent - (E), Very Good - (VG), Good - (G), Satisfactory - (S), Fair - (F), Poor - (P), Unsatisfactory - (U). Weigh inmate and record weight upon entry to special housing once a week thereafter, and on discharge. The actual amount of time out of cell for dayroom activities, outdoor exercise and for job assignment will be recorded in the appropriate space. All other columns will be checked in the appropriate area to signify completion. All other services may be left blank, to include spaces for activities not conducted, as well as those not applicable to the inmate's current special housing status.

**REMARKS:** Full and complete remarks are required in the following situations:

**Security Department**
1. Unusual occurrences in inmate's behavior.
2. It becomes necessary to notify Medical.
3. It becomes necessary to restrict any privilege or remove any clothing, bedding, personal property, or comfort item to prevent the inmate from inflicting injury, to prevent the destruction of property or equipment, or to prevent the inmate from impeding security staff from accomplishing functions essential to the unit and institutional security.
4. If inmate refused food.
5. Cell changes.
6. Release to population.
7. To further explain a notation made under "physical appearance" or "attitude."

**Medical**
1. Immediate health care services (code #1).
2. Call out for a physician's appointment (or laboratory, x-ray, tests, etc. (code #2).
3. No action required (code #3).
4. Referral to mental health (code #4).
5. Co-pay, if inmate requests care which results in a health care encounter at that time (code #5).
6. Medication administration (code #6).

**Mental Health**
1. Refer to medical for follow-up of physical health related complaint (code MH 1).
2. Immediate mental health care services needed due to urgent or emergent concerns (code MH 2).
3. No action required (code MH 3).
4. Schedule for non-emergency follow-up by mental health (code MH 4).
5. Evaluation and/or treatment provided (code MH 5).

**Classification/ICT/SCO**
1. At each review of the case.
2. On release from special housing or upon status change.
3. Job Assignment
4. Privilege(s) restricted and/or reinstated by ICT
5. SCO review of privilege restrictions over 30 days.
6. Other Classification Action.

**Programs**
1. Academic Services (code AS)
2. Wellness Education Program (code WE)
3. Fresh Start Smoking Cessation (code SC)
4. Biohazard Program (code BP)
5. Chaplaincy Services (code CS)
6. 100 Hour Transition (code TR)

**ADDITIONAL REMARKS:**

| Date | Time | Remarks |
|---|---|---|
| | | |
| | | |
| | | |

DC6-229 (Revised 4/27/08)

Incorporated by Reference in Rule 33-601.800, F.A.C.

**EXHIBIT.AG.023-2**

You are being housed in Confinement. Your physical appearance and attitude are monitored and recorded daily by all three (3) shifts. The review team meets weekly and reviews your recorded behavior and adjustment in Confinement. Fully understand that your behavior and compliance with all rule and orders will be helpful to you.

## RULES AND REGULATIONS FOR INMATES PLACED IN CONFINEMENT

1. You must keep your cell clean at all times. Do not accumulate excessive cups or paper. Property is to be stored neatly by the bunk.

2. Do not write or paste anything on the cell walls or bunk.

3. Do not yell at the confinement orderlies.

4. You will be required to shower and shave three (3) times per week. Talking to other inmates is not allowed while going to and from the showers or while in the showers.

5. AM Sick Call: If you have medical need, you are to be dressed and standing at the cell door when the nurse makes rounds.

6. When being placed in confinement and upon your release, a cell inspection will be conducted. If there is any destruction or alterations to state property, you will be subject to disciplinary action.

7. Clothing and linen will be issued on an exchange basis only.

8. No sleeping in uniform, shirts or pants.

9. You will obey all rules and regulations of this institution and the Department of Corrections. Also any orders given you by an Officer or Staff Member.

10. Before departing your cell for callouts, hearings, etc. Your bunk must be makde and you must be dressed properly.

11. Disorderly conduct will not be tolerated.

12. During count time, there will be no talking or movement allowed.

13. You will have the opportunity to clean your cell once daily. Confinement orderlies will go from cell to cell every morning.

14. Do not hang clothing, linen, etc. on bunks, windows, doors, or walls.

15. Your mattress is to be on the bunk at all times. Sleeping and/or laying on the floor of any confinement cell is prohibited.

_Nathaniel Barill_
**Inmate Signature**

_12-11-01_
**Date**

_R. Ellis_
**Officer Signature**

EXHIBIT.AG.024-1

You are being housed in Confinement. Your physical appearance and attitude are monitored and recorded daily by all three (3) shifts. The review team meets weekly and reviews your recorded behavior and adjustment in Confinement. Fully understand that your behavior and compliance with all rule and orders will be helpful to you.

## RULES AND REGULATIONS FOR INMATES PLACED IN CONFINEMENT

1. You must keep your cell clean at all times. Do not accumulate excessive cups or paper. Property is to be stored neatly by the bunk.

2. Your bunk will be made every morning by 8:00 and remain made until lights out at 9:00pm, Seven days a week, including holidays.

3. Do not write or paste anything on the cell walls or bunk.

4. Do not yell at the confinement orderlies.

5. You will be required to shower and shave three (3) times per week. Talking to other inmates is not allowed while going to and from the showers or while in the showers.

6. AM Sick Call: If you have medical need, you are to be dressed and standing at the cell door when the nurse makes rounds.

7. When being placed in confinement and upon your release, a cell inspection will be conducted. If there is any destruction or alterations to state property, you will be subject to disciplinary action.

8. Clothing and linen will be issued on an exchange basis only.

9. No sleeping in uniform, shirts or pants.

10. You will obey all rules and regulation of this institution and the Department of Corrections. Also any orders given you by an Officer or Staff Member.

11. Before departing your cell for callouts, hearings, etc. Your bunk must be made and you must be dressed properly.

12. Disorderly conduct will not be tolerated.

13. During count time, there will be no talking or movement allowed.

14. You will have the opportunity to clean your cell once daily. Confinement orderlies will go from cell to cell every morning.

15. Do not hang clothing, linen, etc. on bunks, windows, doors, or walls.

16. Your mattress is to be on the bunk at all times. Sleeping and/or laying on the floor of any confinement cell is prohibited.

INMATE NAME X_Brazill Nathaniel_  
_W16443_

DATE _11/23/02_

OFFICER NAME _D. Ritz_

**EXHIBIT.AG.024-2**

# CONFINEMENT MEAL CHOICE

INMATE NAME: Brazill, Nathaniel

INMATE DC#: WI6443

While you are housed in the Confinement Dormitory, you are still given the option to choose either the regular or an alternate entrée for your meals. Keep in mind that you will be given this one opportunity to choose. For example, if you choose the alternate entrée you will receive the alternate entrée for all three meals, every day during your entire confinement stay. This form is completed only once during your confinement stay, you may not complete another one, or change your mind.

TO CHOOSE, PUT AN "X" BY YOUR CHOICE:

Alternate Entrée        _____

Regular  Entrée         _____

Pork Free               _____
(Muslim only)

Copies to:  Inmate Confinement Record
            Food Service
            Classification

**EXHIBIT.AG.024-3**



STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CENTRAL FLORIDA RECEPTION CENTER

**Confinement Rules and Regulations for Inmates:**

The following is a partial list of Confinement Rules & Regulations. In addition to the rules, you are expected to comply with all Institutional Regulations pertaining to Central Florida Reception Center. It will be greatly beneficial to you to read and understand the rules and to comply with them. If you have any questions regarding the Rules and Regulations listed below, ask any member of the Confinement staff for clarification.

1. All inmates in Confinement are to come to the cell door for their food tray at mealtime. Food trays will not be passed from cell to cell. Leftover food items such as sugar, tea, salt or condiments are not to be stored in the cell at any time. Leftover food must be disposed of.
2. Mattresses, sheets, blankets, pillows or towels will not be placed on the floor, in the hallway or cell windows.
3. All State issued property that is non-perishable must be returned in the same condition it was in when it was issued to you.
4. Inmates are responsible for keeping their cells clean and well organized at all times. There will be no writing or graffiti on walls, doors, fixtures, floors or ceilings. Storage space is to be utilized for all property items except shoes.
5. Inmates in Confinement will conduct themselves in a quiet and orderly manner. There will be no yelling or loud conversation between cells or out of windows to staff or inmates. There will be no talking after lights out.
6. Inmates in Confinement are required to shower and shave on Monday, Wednesday, and Friday. If an inmate has a valid and current shaving pass, clippers will be provided.
7. No form of tobacco used or possession of any tobacco products is allowed by inmates in Confinement; lighters are prohibited.
8. While in Confinement inmates will follow all orders that are given by staff, at any time.
9. Inmates are required to verbally respond to Medical personnel during sick call and pre-confinement checks.
10. Inmates in Confinement will not pass any personal or State issued items from cell to cell.
11. Inmates will not attach any items to cell walls, doors, ceiling, windows, beds, fixtures or heaters for any reason.
12. No item will be put in the locking system or food slot of the cell doors.
13. No caulking will be removed from the cell walls, windows or floors. Hanging items in the cells is prohibited.
14. M-F Beds will be made and will operate in the same standards as open compound from the hours of 8:00 a.m. to 5:00 p.m.
15. M-F Orange jump suits will be worn.
16. When addressing staff, inmates must be in proper uniform when outside of cells.
17. All property items will be neatly stacked within storage space provided; with the exception of Shoes.
18. Inmates will not stand at the door unless talking to staff.
19. Talking is allowed only to your roommate or staff. The conversation with roommate will not be heard outside the cell.
20. Food flaps will be closed at all times unless feeding or restraining inmates within.
21. Shaves and haircuts will be completed before showering the inmate.

I, BRAZIL Nathaniel DC# W16443 , have read, understand and have received a copy of the Confinement Rules & Regulations upon being placed in Confinement, which coincides with Department of Corrections Rule Chapter 33-601.

X _Nathaniel Brazil_

INMATE SIGNATURE                                    4/1/06

                                                    DATE

CONFINEMENT OFFICER SIGNATURE                       _____

                                                    DATE

**EXHIBIT.AG.024-4**

# CONFINEMENT RULES AND REGULATIONS

THE FOLLOWING IS A PARTIAL LIST OF CONFINEMENT RULES AND REGULATIONS. IN ADDITION TO THESE RULES YOU ARE EXPECTED TO COMPLY WITH ALL INSTITUTIONALREGULATIONS PERTAINING TO DESOTO CORRECTIONAL INSTITUTION. IT WILL BE GREATLY BENIFICIAL TO READ AND UNDERSTAND THESE RULES AND COMPLY WITH THEM. IF YOU HAVE ANY QUESTIONS REGARDING THESE RULES AND REGULATIONS LISTED BELOW, ASK ANY MEMBER OF THE CONFINEMENT STAFF FOR CLARIFICATION.

1. **INMATES ARE ONLY TO BE AT THE CELL DOOR WHEN CONSULTING WITH STAFF MEMBERS.**
2. ALL INMATES IN CONFINEMENT ARE TO COME TO THE CELL DOOR FOR THEIR TRAYS AT MEAL TIMES. THE TRAYS MUST STAY INSIDE THE CELL AT ALL TIMES. DO NOT PLACE THE TRAY ON THE FLOOR OUTSIDE THE CELL. FOOD TRAYS WILL NOT BE PASSED FROM CELL TO CELL. LEFTOVER FOOD ITEMS SUCH AS SUGAR, SALT, OR CONDIMENTS ARE NOT TO BE STORED IN THE CELL AT ANYTIME. LEFTOVER FOOD MUST BE DISPOSED OF.
3. INMATES IN CONFINEMENT WILL CONDUCT THEMSELVES IN I A QUIET AND ORDERLY MANNER ATALL TIMES. THERE WILL BE NO YELLING OR LOUD CONVERSATIONS BETWEEN CELLS OR OUT OF WINDOWS, TO EITHER STAFF OR INMATES. INMATES WILL BE BRUOGHT IN FROM RECREATION FOR YELLING AT OTHER INMATES OR STAFF.
4. ONLY THE INMATE IT IS PRESCRIBE FOR WILL TAKE ANY MEDICATION ISSUED TO AN INMATE. NO SWAPPING OF MEDICATION WILL BE PERMITTED.
5. MATRESSES, SHEETS, BLANKETS, PILLOWS OR TOWELS ARE NOT TO BE PLACED ON THE FLOOR AT ANY TIME. NO HANGING OF PROPERTY, STATE OR PERSONEL, WILL BE ALLOWED FROM BUNKS OR WINDOWS.
6. ALL STATE PROPERTY WILL BE RETURNED IN THE SAME CONDITION AS IT WAS ISSUED.
7. INMATES ARE RESPONSIBLE FOR KEEPING THEIR CELLS CLEAN AT ALL TIMES AND WILL NOT WRITE OR DRAW ON THE WALLS, DOORS, FLOORS OR ANY OTHER FIXTURE.
8. INMATES ARE REQUIRED TO SHOWER AND SHAVE ON MONDAY, WEDNESDAY, AND FRIDAY. IF AN INMATE HAS A VALID PASS, CLIPPERS WILL BE ISSUED ON TUESDAY, THURSDAY, AND SATURDAY.
9. INMATES WILL FOLLOW AN ORDER GIVEN BY AN EMPLOYEE AT ALL TIMES.
10. INMATES ARE REQUIRED TO VERBALLY RESPOND TO MEDICAL PERSONEL DURING SICK CALL AND PRE-CONFINEMENT CHECKS.
11. ALL PROPERTY WILL BE STORED IN YOUR FOOTLOCKER UNLESS IN USE. ALL PERSONEL PROPERTY IN EXCESS OF WHAT CAN BE KEPT IN THE LOCKER MUST BE DISPOSED OF IN ACCORDANCE WITH PROPERTY RULES.
12. HOMEMADE ROPES (FISHING LINE) ARE PROHIBETED AND WILL RESULT IN DISCIPLANARY ACTION.
13. DURING SHOWER NIGHTS, INMATES ARE NOT PROMMITED TO SPEAK TO ANY OTHER INMATES, GOING TO OR RETURNING FROM THE SHOWER.
14. INMATES ARE NOT PERMITTED TO THROW ANY MISCELLANEOUS PAPERS OR TRASH OUT OF THEIR CELL UNLESS INSTRUCTED TO DO SO BY THE CONFINEMENT OFFICER. THIS WILL BE DONE DURING MEAL CLEAN UP TIMES AND CELL CLEANING TIMES.
15. ANY INMATE FOUND GUILTY OF (9-1) OBSCENE OR PROFANE ACT, WHILE HOUSED IN CONFINEMENT, WILL BE HANDCUFFED BEHIND THE BACK PRIOR TO A FEMALE STAFF MEMBER ENTERING THE WING.
16. THE FOLLOWING ITEMS ARE PROHIBETED IN CONFINEMENT; TOBACCO PRODUCTS OF ANY KIND, LIGHTERS, MATCHES, BABY OIL, MINERAL OIL, COCOA BUTTER, ALCOHOL, BELTS(STATE OR PRSONEL), BROGANS, NAIL CLIPPERS, EMORY BOARDS, LOCKS, PENS, PENCILS, MARKERS, RAZORS, OR ANY TYPE OF METAL PRODUCTS/CONTAINERS.
17. ONE SECURITY PEN WILL BE ISSUED UPON PLACEMENT IN CONFINEMENT. YOUR SIGNATURE BELOW SIGNIFIES YOUR RECEIPT OF THE PEN. UPON YOUR RELEASE FROM CONFINEMENT, ALL SUCH PENS WILL BE RETURNED TO CONFINEMENT STAFF. FAILURE TO DO SO WILL RESULT IN DISCIPLANARY ACTION: RECEIVED PEN _____ RETURNED_____
18. SMOKING IN CONFINEMENT IS STRICTLY PROHIBITED AND WILL RESULT IN DISCIPLANARY ACTION.
19. UPON ENTERING CONFINEMENT STAFF NEEDS TO BE AWARE OF THE TYPE OF FOOD TRAY YOU RECEIVE: REGULAR _A'_ ALTERNATE_____ 2800_____4000_____ VEGAN_____ NO PORK_____NO SEAFOOD_____

_____ _____ _____ _____ HAS RECIEVED A COPY OF THESE RULES.
INMATE NAME           DC NUMBER

# CONFINEMENT RULES AND REGULATIONS

The following is a partial list of Confinement Rules and Regulations.  In addition to these rules you are expected to comply with all Institutional Regulations pertaining to DeSoto Correctional Institution.

1. Inmates are only to be at the cell door when consulting with staff members.
2. All inmates in confinement are to come to the cell door for their trays at meal times. The trays must stay inside the cell at all times. Do not place the tray on the floor outside the cell. Food trays will not be passed from cell to cell. Left over food items such as sugar, salt, or condiments are not to be stored in the cell at anytime. Leftover food must be disposed of.
3. Inmates in confinement will conduct themselves in a quiet and orderly manner at all times. There will be no yelling or loud conversations between cells or out of windows, to either staff or inmates. Inmates will be brought in from recreation for yelling at other inmates or staff.
4. Only the inmate it is prescribed for will take any medication issued to an inmate. No swapping of medication will be permitted.
5. Mattresses, sheets, blankets, pillows or towels are not to be placed on the floor at any time. No hanging of property, state or personal, will be allowed from bunks or windows.
6. All state property will be returned in the same condition as it was issued.
7. Inmates are responsible for keeping their cells clean at all times and will not write or draw on the walls, doors, floors or any other fixture.
8. Inmates will follow an order given by any staff at all times.
9. Inmates are required to verbally respond to medical personnel during sick call and pre-confinement checks.
10. All property will be stored in your footlocker unless in use. All personal property in excess of what can be kept in the locker must be disposed of in accordance with property rules.
11. Homemade ropes (fishing line) are prohibited and will result in disciplinary action.
12. During shower nights, inmates are not permitted to speak to any other inmates, going to or returning from the shower.
13. Inmates are not permitted to throw any miscellaneous papers or trash out of their cell unless instructed to do so by the confinement staff. This will be done during meal clean up times and cell cleaning times.
14. Any inmate found guilty of (9-1) Obscene or Profane Act or (1-6) Lewd and Lascivious Exhibition, while housed in confinement, will be handcuffed behind the back prior to a female staff member entering the wing.
15. The following items are prohibited in confinement; tobacco products of any kind, lighters, matches, baby oil, mineral oil, cocoa butter, alcohol, belts (state or personal), brogans, nail clippers, emory boards, locks, pens, pencils, markers, razors, or any type of metal products/containers.
16. Smoking in confinement is strictly prohibited and will result in disciplinary action.
17. Upon entering confinement, staff needs to be aware of the type of food tray you receive. Inmates must have a valid pass for special diet trays.
18. Inmates will turn their cell lights on before food trays will be placed inside the cell and will remain on until food trays are collected.
19. Inmates will be dressed in blue pants and t-shirts from 8 AM to 5 PM.
20. Bunks will be made in accordance with institution rules between the hours of 8 AM and 5PM.
21. Inmates are required to shower on Monday, Wednesday, and Friday. If an inmate has a valid pass, clippers will be issued on Tuesday, Thursday, and Sunday also razor shaves will be conducted on these days.
22. One security pen will be issues upon placement in confinement. Your signature below signifies your receipt of the pen. Upon your release from confinement, all such pens will be returned to confinement staff. Failure to do so will result in disciplinary action: Received Pen _____ Returned _____
23. One confinement tooth brush will be issued. Received _____
24. Regular _____ Alternate _____ 2800 _____ 3600 _____ 4000 _____ Vegan _____   No Pork _____ No Seafood _____
25. I/M Name _Nathan Braell_ DC# _wi0443_ has read, understood, and received a copy of these rules

# CONFINEMENT RULES AND REGULATIONS

THE FOLLOWING IS A PARTIAL LIST OF CONFINEMENT RULES AND REGULATIONS. IN ADDITION TO THESE RULES YOU ARE EXPECTED TO COMPLY WITH ALL INSTITUTIONAL REGULATIONS PERTAINING TO DESOTO CORRECTIONAL INSTITUTION.

1.  INMATES ARE ONLY TO BE AT THE CELL DOOR WHEN CONSULTING WITH STAFF MEMBERS.
2.  INMATES IN CONFINEMENT WILL CONDUCT THEMSELVES IN A QUIET AND ORDERLY MANNER AT ALL TIMES. THERE WILL BE NO YELLING OR LOUD CONVERSATIONS BETWEEN CELLS OR OUT OF WINDOWS, TO AND FROM RECREATION, SHOWERS, CALLOUTS ETC. EITHER TO STAFF OR INMATES. INMATES WILL BE BROUGHT IN FROM RECREATION FOR YELLING AT OTHER INMATES OR STAFF.
3.  ONLY THE INMATE IT IS PRESCRIBE FOR WILL TAKE ANY MEDICATION ISSUED TO THAT INMATE. NO SWAPPING OF MEDICATION WILL BE PERMITTED.
4.  MATTRESSES, SHEETS, BLANKETS, PILLOWS OR TOWELS ARE NOT TO BE PLACED ON THE FLOOR AT ANY TIME. NO HANGING OF PROPERTY, STATE OR PERSONAL, WILL BE ALLOWED FROM BUNKS OR WINDOWS.
5.  INMATES ARE RESPONSIBLE FOR KEEPING THEIR CELLS CLEAN AT ALL TIMES AND WILL NOT WRITE OR DRAW ON THE WALLS, DOORS, FLOORS OR ANY OTHER FIXTURE.
6.  WHEN THERE IS NOT ENOUGH NATURAL LIGHT IN THE CELL FOR STAFF TO SEE IN THE CELL, THE CELL LIGHT WILL BE ON FROM 8:00AM UNTIL 11:00 PM. CELL LIGHTS MUST BE ON WHEN CONSULTING WITH STAFF.
7.  INMATES ARE REQUIRED TO VERBALLY RESPOND TO MEDICAL PERSONNEL DURING SICK CALL AND PRE-CONFINEMENT CHECKS.
8.  ALL PROPERTY WILL BE STORED IN YOUR FOOTLOCKER UNLESS IN USE. EXCESS AND CONTRBAND PROPERTY WILL BE DISPOSED OF IN ACCORDANCE WITH PROPERTY RULES.
9.  HOMEMADE ROPES (FISHING LINE) ARE PROHIBITED AND WILL RESULT IN DISCIPLINARY ACTION.
10. INMATES ARE NOT PERMITTED TO THROW ANY MISCELLANEOUS PAPERS OR TRASH OUT OF THEIR CELL UNLESS INSTRUCTED TO DO SO BY THE CONFINEMENT STAFF. THIS WILL BE DONE DURING MEAL CLEAN UP TIMES AND CELL CLEANING TIMES. DO NOT FLUSH TRASH OR OTHER ITEMS DOWN THE TOILET.
11. ANY INMATE FOUND GUILTY OF (9-1) OBSCENE OR PROFANE ACT OR (1-6) LEWD AND LASCIVIOUS EXHIBITION WHILE HOUSED IN CONFINEMENT, WILL BE HANDCUFFED BEHIND THE BACK AND/OR A COVER PLACED ON/OR IN FRONT OF THE DOOR OR WINDOW PRIOR TO A FEMALE STAFF MEMBER ENTERING THE WING.
12. THE FOLLOWING ITEMS ARE PROHIBITED IN CONFINEMENT. TOBACCO PRODUCTS OF ANY KIND, LIGHTERS, MATCHES, BABY OIL, MINERAL OIL, COCOA BUTTER, ALCOHOL, BELTS(STATE OR PERSONAL), BROGANS, NAIL CLIPPERS, EMORY BOARDS, LOCKS, PENS, PENCILS, MARKERS, RAZORS, OR ANY TYPE OF METAL PRODUCTS/CONTAINERS.
13. INMATES WILL BE DRESSED IN BLUE PANTS AND T SHIRTS FROM 8AM TO 5 PM.
14. BUNKS WILL BE MADE IN ACCORDANCE WITH INSTITUTION RULES BETWEEN THE HOURS OF 8 AM AND 5 PM.
15. INMATES ARE REQUIRED TO SHOWER ON MONDAY, WEDNESDAY, AND FRIDAY. IF AN INMATE HAS A VALID PASS. CLIPPERS SHAVES WILL BE DONE ON TUESDAY, THURSDAY, AND SATURDAY.
16. ONE CONFINEMENT PEN AND TOOTHBRUSH WILL BE ISSUED UPON PLACEMENT IN CONFINEMENT.
17. MEAL TRAYS WILL NOT BE SERVED THROUGH THE BEAN FLAP UNTIL THE CELL LIGHTS ARE TURNED ON. NONCOMPLIANCE WILL BE CONSIDERED A REFUSED MEAL. THE TRAYS MUST STAY INSIDE THE CELL AT ALL TIMES. LEFT OVER FOOD ITEMS OR CONDIMENTS ( SALT, SUGAR KETCH-UP, ETC) ARE NOT TO BE STORED IN THE CELL AT ANYTIME.
18. INMATES MUST HAVE A VALID PASS FOR A SPECIAL DIET TRAY.
    REGULAR **NB**    ALTERNATE_____ VEGAN_____ OTHER DIET_____ NO SEAFOOD / FISH_____

## HEALTH SERVICES

SICK CALL WILL BE CONDUCTED MONDAY THROUGH FRIDAY AT APPROXIMATELY 8:30 A.M. SICK CALL REQUESTS FOR MEDICAL / DENTAL / MENTAL HEALTH MUST BE TURNED IN THEN AND INMATES WILL BE EVALUATED AND TREATED BASED ON PRIORITY OF NEED. MENTAL HEALTH CONDUCTS WEEKLY CONFINEMENT REVIEWS USUALLY ON WEDNESDAY.

UNFOUNDED INMATE DECLARED MEDICAL AND MENTAL HEALTH EMERGENCIES MAY RESULT IN DISCIPLINARY ACTION AND WILL BE TREATED AS A MANAGEMENT/SECURITY PROBLEM. PLACEMENT IN A MEDICAL ISOLATION CELL DUE TO A MENTAL HEALTH EMERGENCY FREEZES YOUR CONFINEMENT SENTENCE, YOUR TIME RESUMES ONLY WHEN RETURNED TO THE CONFINEMENT UNIT.

## CLASSIFICATION

CLASSIFICATION CONDUCTS CONFINEMENT TOURS WEEKLY USUALLY ON WEDNESDAYS AT APPROXIMATELY 8:30 A.M. GRIEVANCE ROUNDS ARE CONDUCTED DAILY; ALL FORMAL GRIEVANCES MUST BE PLACED IN THE LOCK BOX AT THAT TIME.

I/M SIGNATURE _Nathaniel Brigill_   D/C# _W16443_   DATE _11-5-09_ HAS READ, UNDERSTOOD, AND RECEIVED A COPY OF THESE RULES. A COPY OF THESE RULES WILL REMAIN EFFECTIVE IN YOUR RECORD FOR INFORMATIONAL AND/OR DICIPLINARY PURPOSES FOR 180 DAYS.

IRN0105

MISCELLANEOUS LOG REPORT
HARDEE C.I.

02/15/2013  14:08
PAGE  1

INMATE NAME:   BRAZILL, NATHANIEL R        DC#: W16443      PREV LOC/HOUS/JOB: //     HOUS: E4114U     P.O. BOX:

*SECTION I:      MISCELLANEOUS LOG
TYPE: R0101 = CLO ACTION
DATE: 07/23/2010    TIME: 07:27
DISP: TS1 = SR TRANSFER RECOMMENDED
STAFF: LJJ01 - LICATA, J.
      I/M BRAZILL, NATHANIEL #W16443 WAS SPECIAL REVIEWED FROM THE STAFF AT DESOTO CI ON 5/27/10. MS. BETH COWART WAS THE
COLONEL AT DESOTO CI DURING THIS SPECIAL REVIEW & HAS BEEN PROMOTED TO ASSISTANT WARDEN AT OKEECHOBEE C.I. IT IS RECOMMENDED
THAT INMATE BRAZILL BE SPECIAL REVIEWED TRANSFERRED FROM OKEECHOBEE CI.

TYPE: R0301 = ICT RECOMMENDATION
DATE: 07/23/2010    TIME: 07:34
DISP: TS1 = SR TRANSFER RECOMMENDED
STAFF: SP016 - SKIPPER, P       LDA16 - PROVENCHER, D.     LJJ01 - LICATA, J.
      THE TEAM RECOMMENDS A SPECIAL REVIEW TRANSFER BASED ON A SPECIAL REVIEW APPROVED BY THE SCO ON AWO B. COWART.

TYPE: R0401 = SCO DECISION
DATE: 07/23/2010    TIME: 09:15
DISP: TS3 = SR TRANSFER APPROVED
STAFF: PSL01 - PARKER, S.L.

TYPE: R0501 = FINAL DECISION NOTICE
DATE: 08/06/2010    TIME: 13:12
DISP: TDR = TRANSFER DECISION REVIEWED
STAFF: PE017 - PERKINS, EVA

EXHIBIT.AG.025

IRLR023
08:24

State of Florida
Department of Corrections
Reception Center: CFRC-EAST
FINAL TRANSFER LIST - Location Order

08/02/2010

Page 1

To: Wardens

The following inmates are authorized for transfer on 08/03/2010 to the Institution indicated:

| DC# | Inmate Name | TM M SD R | Loc. Custody | Transfer To | Housing | Sending Insti. | Receiving Insti. |
|-----|-------------|-----------|--------------|-------------|---------|----------------|------------------|
| 0-W16443 | BRAZILL, NATHANIEL R | 31 1 | B 321 CLOSE | HARDEE C.I. | E1127U | _____ _____ | _____ _____ |

Admin.Alert: TRANSFER CONFLICT (T&R)
Comments: FACILITY= 321

Inmate Status: GP

Transferred the above Inmates with all Records and Personal Property:

Date: _____     Transfer Officer: _____

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

RECEIVED

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL   AUG 10 2010

TO: [✓] Warden  [ ] Assistant Warden  [ ] Secretary, Florida Department of Corrections

INMATE GRIEVANCE
COORDINATOR

From: Brazill, Nathaniel R.    W116443    Hardee C.I.
   Last   First   Middle Initial      Number      Institution

---

**Part A – Inmate Grievance**

- This is a grievance of reprisal filed directly with the Warden as authorized by Rule 33-103.006(3)(c), F.A.C. I have by-passed the informal grievance step because of the retaliation I've suffered which is the subject of this complaint.

On July 27th, 2010, I was transferred from Okeechobee Correctional Institution in retaliation for a civil lawsuit I filed against Assistant Warden Beth E. Cowart.

On September 11th, 2009, I filed a civil lawsuit in the Circuit Court for Leon County against Beth E. Cowart, who, at that time, was a Correctional Officer Colonel at DeSoto Correctional Institution Annex. I was subsequently transferred to Okeechobee. On July 22nd, 2010, Beth E. Cowart arrived at Okeechobee as a newly promoted assistant warden. That afternoon, I was called from the recreation yard to report to classification. Once there, it was implied to me by my then classification officer, Mr. J.A. Hardaker, that I was to be transferred. Five days later, on July 27th, I was transferred from Okeechobee.

My transfer from Okeechobee was requested by Assistant Warden Beth E. Cowart in retaliation for me having filed the above mentioned lawsuit. Had I not have filed that lawsuit, I would not have been transferred from Okeechobee. There is no other basis for that administrative decision. As such, my First Amendment right was violated by all those officials at the institutional level and central office level who participated in my retaliatory transfer. To rectify this violation, I ask that I be returned to Okeechobee or that I be transferred to an institution in proximity to my county of commitment.

August 9, 2010          Nathaniel R. Brazill  W116443
DATE                 SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

2c     Nathaniel Brazill
#        Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for the not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

DISTRIBUTION:    INSTITUTION/FACILITY         CENTRAL OFFICE
                 INMATE (2 Copies)            INMATE
                 INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**EXHIBIT.AG.027-1**



## PART B - RESPONSE

| BRAZILL, NATHANIEL | W16443 | 1008-501-049 | HARDEE C.I. | E4208U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy or appeal has been received and my response is as follows:

Inmates are classified and may be transferred based on length of sentence, Crime Committed, criminal history, medical condition, available bed space, custody level, institutional security needs, personal safety needs, as well as the needs of the department/agency. Neither length of time you were housed at another institution, or lack of a transfer request from you is necessary for you to be moved to another facility. The Department shall retain full authority to classify and transfer inmates to locations that are in the best interest of public safety, the department, and the inmate. You are eligible for a good adjustment transfer. If you choose, you may request an Inmate Request for Good Adjustment Transfer Form (DC6-187) from your housing officer.

Based on this information, your grievance is denied.

You may obtain further administrative review of your complaint by completing the form DC1-303, Request for Administrative Remedy or Appeal, completing the form and providing attachments as required by 33-29.007, and forwarding your complaint to the Office of Inmate Grievance, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

| SWaller | | 8-16-10 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**EXHIBIT.AG.027-2**

Florida Department of Corrections

FEB 2 8 2012   T5

## Inmate Request for Good Adjustment Transfer

Complete this form when all criteria have been satisfied. PRINT clearly and sign at the bottom to avoid delay in processing.

From: **Brazill, Nathaniel**      **W16443**      **2-26-12**
　　　　　(Inmate Name)　　　　　　　(DC Number)　　　　　(Date)

**E42080**      **Inside Grounds**   **05 (Hash)**
(Bed Assignment)    (Job Assignment)      Team Number

**To:**　　**Classification**

I.　**Check only one of the following criteria regarding time at facility. If one cannot be checked, DO NOT SUBMIT THE FORM**

RECEIVED

☐　A.　My earliest release date (TRD, PRD, or PPRD) is two (2) years or less away **and** I served at least six months of my current commitment.

FEB 28 2012

☐　B.　My earliest release date (TRD, PRD, or PPRD) is from two (2) to ten (10) years away **and** I have been at my current location for at least twelve (12) months **or** I have at least twelve (12) months total including time at previous facilities if I was not transferred for negative or ex-CM reasons in the last twelve (12) months.

WARDEN'S OFFICE
HARDEE C.I.

☑　C.　My earliest release date (TRD, PRD, or PPRD) is greater than ten (10) years but less than twenty-five (25) years away **and** I have been at my current location for at least two (2) years **or I have** at least two (2) years total including time at previous facilities if I was not transferred for negative or ex-CM reasons in the last two years.

O/K

☐　D.　My earliest release date (TRD, PRD, or PPRD) is twenty-five (25) years or more away **and** I have been at my current location for at least three (3) years **or I have** at least three (3) years total including time at previous facilities if I was not transferred for negative or ex-CM reasons in the last three years.

II.　**All of the following criteria must be checked to be eligible for transfer consideration:**

☑　My current TRD, PRD, or PPRD is more than six (6) months away.
☑　I am currently housed in general population or protective management
☑　I am not at my current location for a temporary reason (i.e. Reception, Medical Services).
☑　I have earned gain time awards of at least overall satisfactory evaluations for the last twelve (12) months (or six (6) months if A is checked in Section I on this form).　oK
☑　I have not refused to participate in or been removed from any academic, vocational, or mandatory substance abuse treatment program due to unsatisfactory participation during my current commitment.
☑　I have not been found guilty of any disciplinary reports within the last twelve (12) months or within six (6) months if A is checked in Section I on this form.　oK
☑　I have not been released from Close Management during the last twelve (12) months.
☑　I have not been transferred for any negative reason during the last twelve (12) months.　oK
☑　I have not been transferred for good adjustment within the last twelve (12) months.
☑　I have not requested the cancellation of an approved good adjustment transfer during the last twelve (12) months.

oK / 503
Avon Park / app. rev.
404 oK

III.　**Requested Transfer Locations:**  430 oK　　　　　405 oK

1st Choice: **Martin C.I.**　2nd Choice: **Okeechobee C.I.**　3rd Choice: **South Bay C.F.**

I certify by my signature below that the information I have provided is to the best of my knowledge factual. I understand that the requested locations are not guaranteed. I also understand that a Good Adjustment transfer is intended to place inmates closer to a geographical area and is in no way related to program availability or enrollment. Transfers for programs or any reason other than for good adjustment must be requested at a classification progress review. I understand that I will receive a written notice informing me of the disposition of this request when the review has been completed.

Inmate Signature: **Nathaniel Brazill**　　　Date: **2-26-12**

**Place the completed form in the Formal Grievance box for secure delivery to the Classification Supervisor**

Completed form to be maintained in Inmate File

get closer to Family in Palm Beach

C6-187 (Revised 11/23/10)

**EXHIBIT.AG.028-1**

```
I1.03 2 W16443 0320201  0904 PDPS                    I50161I 03/20/2012 0
   ICCB003                 CASE MANAGEMENT LOG ENTRY
 DC NO: W16443      NAME: BRAZILL, NATHANIEL R.          STATUS: ACTIV
                    CUR.LOC: HARDEE C.I.                 TRD: 05/18/20
         CURRENT LOG                        PREVIOUS LOG      PF9
 DATE: 03/20/2012   TIME: 09:04      DATE: 03/06/2012   TIME: 09:26
 TYPE: R0101 = CLO ACTION            TYPE: R0201 = CLASS SUPV. ACTIO
 DISP: TG1   = 03 TRANSFER RECOMMEND DISP: TGA   = 03 TRANSFER REQUE
 STAF: SH003 = HASH, S.              STAF: SB001 = WALLER, S.B.
 STAF:       =                       STAF:       =
 STAF:       =                       STAF:       =
 STAF:       =                       STAF:       =


 ADD/UPDATE COMMENTS?: N              COMMENTS (PF8)
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 __   01   (03) GOOD ADJUSTMENT TRANSFER IS BEING RECOMMENDED TO:
 __   02   MARTIN (430); AVON PARK (503), OR SOUTH BAY (405).  SUBJECT
 __   03   IS REQUESTING TRANSFER TO BE CLOSER TO HIS FAMILY ON THE
 __   04   EAST COAST.  HE HAS REMAINED D.R. FREE OVER 2 YEARS, EARNS
 __   05   ABOVE SAT MONTHLY EVALUATIONS, & HAS BEEN HOUSED FOR REQUIR-
 __   06   ED LENGTH OF TIME AT PRESENT FACILITY.  HE HAS MET ALL
 __   07   SPECIFICATIONS TO BE ELIGIBLE FOR THIS GOOD ADJUSTMENT TRANS
 __   08   FER.
 __   __
 __   __
 __   __
           PRESS PF8 TO RETURN                READY FOR UPDATE
           F1=MAIN MENU;F6=SCRNS;F7=RPTS      F9=PP48  F11=OT18  F4=
```

**EXHIBIT.AG.028-2**

IRN0105

02/15/2013        14:10
PAGE        1

REPORT OF ADMINISTRATIVE CONFINEMENT, DC6-233A
HARDEE C.I.

INMATE NAME:   BRAZILL, NATHANIEL R        DC#: W16443     PREV LOC/HOUS/JOB: //    HOUS: E4114U    P.O. BOX:

*SECTION I:   PLACEMENT IN ADMINISTRATIVE CONFINEMENT          (OR POSSIBLE PROTECTION NEED FROM SPECIAL MGT CASE)
DATE: 01/03/2011   TIME: 13:00
DISP: Z05 = AC-INVST/CHANGE OF STATUS
STAFF: LJ13 - LAWSON, J.
         LB017 - LAFLAM, B             TK011 - THOMPSON, K.
      ON JANUARY 3, 2011, AT APPROXIMATELY 1300 HOURS, INMATE BRAZILL, NATHANIEL DC# W16443 WAS PLACED IN ADMINISTRATIVE
CONFINEMENT AFTER BEING ADVISED OF THE PLACEMENT FOR SECURITY REASONS. ON 01/03/2011, COLONEL J. LAWSON REPORTS THAT INMATE
BRAZILL WAS PLACED IN CONFINEMENT FOR SECURITY REASONS. INMATE BRAZILL WAS ASKED IF HE WISHED TO MAKE A STATEMENT. HE
OFFERED NONE. OFFICER B. LAFLAM ESCORTED INMATE BRAZILL TO MEDICAL FOR HIS PRE-CONFINEMENT BY MEDICAL STAFF, THEN TO Y
DORM WHERE HE WAS AFFORDED A PHONE CALL TO NOTIFY AN APPROVED VISITOR OF NO VISITATION. INMATE BRAZILL'S ID WAS DEACTIVATED
AND SGT. K. THOMPSON AND OFFICER B. LAFLAM PACKED HIS PROPERTY. STAFF MEMBER AUTHORIZING PLACEMENT IN CONFINEMENT IS COLONEL
J. LAWSON: LJ13 (AS011).

DATE: 01/05/2011   TIME: 11:50
DISP: R35 = APP. AC-INVST/CHGE STATUS
STAFF: SB001 - WALLER, S.B.
      AWAITING TRANSFER

**EXHIBIT.AG.029**

```
DC60 0 W16443                                    I501PAG 02/15/2013 14:17:0(
   OTSB020              SPECIAL REVIEW COMMENTS                    PAGE 001
DOC NO: W16443    NAME: BRAZILL, NATHANIEL R.      STATUS: ACTIVE INMATE

ACT. TYPE OF REVIEW       SEQ.    SPECIAL REVIEW REASON          USERID
     01 PROTECT VICTIM    000 FACILITY = 404                     I501WJL
     11 ADM. DECISION     002 I/M BRAZILL IS THE PLANTIFF IN A CURRENT  I501WJL
     11 ADM. DECISION     003 LAWSUIT AGAINST FORMER AND CURRENT STAFF  I501WJL
     11 ADM. DECISION     004 OF DESOTO C.I.                     I501WJL
     11 ADM. DECISION     005 APPROVED/MGR09/05-27-10.           I501WJL
     11 ADM. DECISION     006 I/M BRAZILL,NATHANIEL #W16443 WAS  I501WJL
     11 ADM. DECISION     007 SPECIAL REVIEWED FROM THE STAFF AT I501WJL
     11 ADM. DECISION     008 DESOTO CI ON 5/27/10. MS. BETH COWART  I501WJL
     11 ADM. DECISION     009 WAS THE COLONEL AT DESOTO CI DURING THIS  I501WJL
     11 ADM. DECISION     010 SPECIAL REVIEW & HAS BEEN PROMOTED TO  I501WJL
     11 ADM. DECISION     011 ASSISTANT WARDEN AT OKEECHOBEE C.I.  I501WJL
     11 ADM. DECISION     012 APPROVED,PSL01,07/22/10            I501WJL



        PF4 FOR ENTRY DATE
```

**EXHIBIT.AG.030**

*To othercholther
cL.*

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

# DESOTO CORRECTIONAL INSTITUTION
## CLASSIFICATION DEPARTMENT

MEMO TO:   Mr. Edwards, Reynold, Classification Supervisor

FROM:      RL Orton, Classification Officer

DATE:      May 18, 2010

SUBJECT:   Special Review -  Inmate: BRAZILL, NATHANIEL  DC# W16443

---

Recommendation for a special review against Desoto C.I. and satellite facilities.

This special review is requested based on the following:

Due to I/M Brazill's current lawsuit against current and former staff at Desoto C.I. It is felt to be in the best interest of the Department and the inmate if he was special reviewed against Desoto CI (564), Desoto Work camp (560) and Arcadia Road Prison (525) and future Desoto Main Unit (508) as these locations will have staff and be under the authority of the Desoto senior staff.

Mr. Orton, Classification Officer

Attachments:

_____✓_____Approved          _____
                                 Institutional Classification Team Chairperson

_____Disapproved       _____
                                 Institutional Classification Team Chairperson

_____✓_____Approved           _____
                                 State Classification Officer

_____Disapproved       _____
                                 State Classification Officer

**EXHIBIT.AG.031**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
DAILY RECORD OF SPECIAL HOUSING

Inmate Name: Brazill, Nathaniel
FDC#: 1016443
Institution: Hardee CI
Dorm & Cell #: V2 108L   Diet: Reg

Special Housing Category: AC ☑ DC ☐ CM ☐ MM ☐ CSU ☐ TCU ☐ CMHI ☐
of inmate's current period of special housing.
This is sheet number 1
Initial Placement Date 1/3/11   Applicable Level _____   Team _____
Status Security DC Time Begins _____   Ends _____

Security Alerts/Property/Privilege Restrictions:

## SECURITY DEPARTMENT

(May be entered with check ✓ mark unless otherwise indicated)

| Day / Date | Physical Appearance | Attitude | Time | Remarks (check box if additional remarks included on back of DC6-229B) | Weight (enter actual) | Cell Search | Laundry/Linen | Haircut/Shave | Shower | Outdoor Exercise (# hours) | Dayroom Activities (# hours) | Work Assignment (# hours) | Phone Call | Visit | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/3/11 | 5 | 3 | 1:15p | Co LaHam Escorted Inmate Brazill to medical for pre-confinement physical then ☐ | | ✓ | | | | | | | | | IG |
| 1/3/11 | 5 | 3 | 1:15p | to y2 shower & this searched by co Fix ☐ | | | | | | | | | | | IG |
| 1/3/11 | 5 | 3 | 1:15p | & taken to y2-108L Co Lawson Authorized | | | | | | | | | | | IG |
| 1/3/11 | 5 | 3 | 1:15p | Placement ☐ | | | | | | | | | | | IG |
| 1/3/11 | 5 | 3 | 7:46p | All secure | | | ✓ | | ✓ | | | | | | IG |
| 1/4/11 | 5 | 3 | 1135 | All secure ☐ | | ✓ | ✓ | | | | | | | | AK |
| 1/4/11 | 5 | 3 | 2:?? | All secure   No shower ☐ | | | ✓ | | ✓ | | | | | | JG |
| 1/5/11 | 5 | 5 | 0800 | All Brown ☐ | | | | | | | | | | | PM |
| 1/5/11 | 5 | 3 | 1657 | Fed chow ☐ | | | ✓ | | | | | | | | TJ |
| 1/5/11 | 5 | 3 | 1921 | Shower ☐ | | ✓ | ✓ | | ✓ | | | | | | T.J |
| 1/6/11 | 5 | 3 | 9200 | Soft Arts, Shower to E4 logy ☐ | | | | | | | | | | | TJ |

## MEDICAL/MENTAL HEALTH DEPARTMENT

| Date | Time | Condition | Action and Remarks | Initials |
|---|---|---|---|---|
| | | | | |

## PROGRAMS

| Date | Time | Program Provided/Remarks | Initials |
|---|---|---|---|
| | | | |

DC6-229 (Revised 5/1/08)   Incorporated by Reference in Rule 33-601.800, F.A.C.

EXHIBIT.AG.032-1

## Classification / Institutional Classification Team (ICT) / State Classification Office (SCO) Review

| Date Reviewed | Action | Remarks - Disposition | Signature |
|---|---|---|---|
| 6-5-__11 | ICT | Appl placement | __ |
| ICT REVIEW | | Sect INV | |
| GRO __ 2013 | | | |
| 7-20-11 | Release | Release to open pop | Church Sexting |

**INSTRUCTIONS:**
Complete this form in one original only on every inmate placed in special housing. If the inmate is in AC or DC, maintain this form in the housing area for one week, then forward to the ICT for review, then to Classification for placement in the institutional inmate record. If the inmate is in CM, maintain this form in the housing area for thirty (30) days. After each 30-day review by the ICT, forward to Classification to be filed in the institutional inmate record. If inmate is remaining in special housing, fill out the heading of another form on this inmate.

Security Department "physical appearance" and "attitude" columns - indicate by one of the following and add additional comments to explain. Excellent – (E), Very Good – (VG), Good – (G), Satisfactory – (S), Fair – (F), Poor – (P), Unsatisfactory – (U). Weigh inmate and record weight upon entry to special housing, once a week thereafter, and on discharge. The actual amount of time out of cell for dayroom activities, outdoor exercise and for job assignment will be recorded in the appropriate space. All other activities will be checked in the appropriate area to signify completion. All other spaces may be left blank, to include spaces for activities not conducted, as well as those not applicable to the inmate's current special housing status.

**REMARKS:** Full and complete remarks are required in the following situations:

**Security Department:**
1. Unusual occurrences in inmate's behavior;
2. It becomes necessary to body restrict Medical;
3. It becomes necessary to restrict any privilege or remove any clothing, bedding, personal property, or comfort item to prevent the inmate from inflicting injury, to prevent the destruction of property or equipment, or to prevent the inmate from impeding security staff from accomplishing functions essential to the unit and institutional security;
4. If inmate refuses food;
5. Cell changes;
6. Release to population;
7. To further explain a notation made under "physical appearance" or "attitude."

**Medical:**
1. Immediate health care services (code #1);
2. Call out for a physician's appointment or laboratory, x-ray, tests, etc. (code #2);
3. No action required (code #3);
4. Referral to mental health (code #4);
5. Co-pay, if inmate requests care which results in a health care encounter at that time (code #5);
6. Medication administration (code #6).

**Mental Health:**
1. Refer to medical for follow-up of physical health related complaint; (code MH 1);
2. Immediate mental health care services needed due to urgent or emergent concerns (code MH 2);
3. No action required (code MH 3);
4. Schedule for non-emergency follow-up; mental health (code MH 4);
5. Evaluation and/or treatment provided (code MH 5);

**Classification/ICT/SCO**
1. At each review of the case;
2. On release from special housing, or upon status change;
3. Job Assignment;
   Privilege(s) restricted and/or reinstated by ICT;
5. SCO review of privilege restrictions over 30 days;
6. Other Classification Action.

**Programs:**
1. Academic Services (code AS)   Wellness Education Program (code WE)
2. Faith Start Smoking Cessation (code SC)
4. Betterment Program (code BP)
5. Chaplaincy Services (code CS)
6. 100 Hour Transition (code TR)

**ADDITIONAL REMARKS:**

| Date | Time | Remarks | Date | Time | Remarks | Date | Time | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**EXHIBIT.AG.032-2**



**PART B - RESPONSE**

| BRAZILL, NATHANIEL | W16443 | 1102-501-037 | HARDEE C.I. | E4208U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED AND MY RESPONSE IS AS FOLLOWS:

33-601.211 (2) States, "The purpose of the special review designation is to ensure that the inmates are tracked and housed to minimize potential conflict." State Classification felt that the circumstances of your law suit was so serious that a special review was completed.  When Ms. Cowart arrived at Hardee C.I. for the three days in January, you were placed in confinement for her safety as well as your own.  Once she left, you were released from confinement, with no negative effects.

THEREFORE YOUR GRIEVANCE IS DENIED.

YOU MAY OBTAIN FURTHER ADMINISTRATIVE REVIEW OF YOUR COMPLAINT BY OBTAINING FORM DC1-303, REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL, COMPLETING THE FORM AND PROVIDING ATTACHMENTS AS REQUIRED BY CH33-103.007, AND FORWARDING TO THE BUREAU OF INMATE GRIEVANCE APPEALS, 2601 BLAIR STONE ROAD, TALLAHASSEE, FLORIDA 32399-2500.

| _S Waller_ | | 2/18/11 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**EXHIBIT.AG.033**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATHANIEL R. BRAZILL,
     Plaintiff,

v.                            Case No.: 2:10-cv-00458-JES-DNF

BETH E. COWART,
RONALD L. HOLMES,
G. MORRIS,
S. PARKER, and
J. LAWSON,
     Defendants.
_____/

### AFFIDAVIT

COMES NOW, ___Glenn Morris___ (hereinafter "Affiant"), who being first

duly sworn, on oath deposes and states as follows:

    1.    I am an adult over the age of eighteen (18) years of age and I have personal

knowledge of the facts stated herein, and am otherwise competent to testify in this matter.

    2.    I am a named Defendant in this matter and state truthfully:

I approved Nathaniel Brazill to be transferred from
Desoto Annex to Okeechobee C.I. for his safety and
that of the institution.

I further approved a Special Review of Nathaniel Brazill
and Desoto Annex since it was in best interest of both
parties for Nathaniel Brazill to not be housed there.

**EXHIBIT.AG.034-1**

FURTHER THE AFFIANT SAYETH NOT.

Signed: _Glenn Morris_____

STATE OF FLORIDA
COUNTY OF _Hardee_____

Sworn and subscribed before me, by _Glenn Morris_____ who is known to me or

produced _____ as identification, on this _11_____ day of

March, 2013.

RONALD K. BARNES
MY COMMISSION # EE 166265
EXPIRES: March 30, 2016
Bonded Thru Budget Notary Services

_Ronald K. Barnes_____
Notary Public

My Commission Expires:

**EXHIBIT.AG.034-2**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

SEP 03 2010

TO: ☐ Warden        ☐ Assistant Warden        ☑ Secretary, Florida Department of Corrections

From: Brazill, Nathaniel R.      W16443      Hardee C.I.
___Last___ ___First___ ___Middle Initial___      ___Number___      ___Institution___

Part A – Inmate Grievance          10-6-27980

This is an appeal to the Secretary of the denial on 8-16-10, by the Warden concerning my grievance in regards to my retaliatory transfer from Okeechobee. My initial grievance and the Warden's response are attached hereto.

In my grievance filed with the Warden, I complained that "I was transferred from Okeechobee Correctional Institution in retaliation for a civil lawsuit I filed against Assistant Warden Beth E. Cowart." The Warden denied my grievance without any investigation and relying solely upon the department's asserted authority.

I maintain that my transfer from Okeechobee was done by Assistant Warden Beth E. Cowart in retaliation for me having filed a lawsuit against her. Had I not have filed that lawsuit, I would not have been transferred from Okeechobee. There is no other basis for that administrative decision. As such, my First Amendment right was violated by all those officials at the institutional level and central office level who participated in my retaliatory transfer. To rectify this violation, I ask that I be returned to Okeechobee or that I be transferred to an institution in proximity to my county of commitment.

___August 26th, 2010___      ___Nathaniel R. Brazill W16443___
DATE                         SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                        #        Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on ___08-26-2010___      Institutional Mailing Log ___2010-08-51___      _____ (Received By)
                    (Date)

O/C
501
100 8-501-049

DISTRIBUTION:   INSTITUTION/FACILITY            CENTRAL OFFICE
                INMATE (2 Copies)               INMATE
                INMATE'S FILE                   INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                                CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

Brazill.DC#W16443.0124

**EXHIBIT.AG.035-1**

MAILED/FILED
TH AGENCY CLERK

SE    ...

PT OF CORRECTIONS
BUREAU OF INMATE
GRIEVANCE APPEALS

**PART B - RESPONSE**

| BRAZILL, NATHANIEL | W16443 | 10-6-27980 | HARDEE C.I. | E4208U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

One of the primary objectives of staff of the Department of Corrections is the placement of inmates in institutional assignments in order to minimize the risk to the general public and maintain order and security. Even if an inmate fits the minimum basic criteria for a particular transfer, that is not a guarantee that he will be recommended or approved for a transfer. Also, the Department strives to place inmates near the location of their family, however, due to facility profiles and bed space availability this is not always possible. The ultimate decision as to whether or not the inmate is assigned to a specific facility is based on a professional review made by staff in accordance with the rules of the Department.

Your administrative appeal is denied.

G. WELLHAUSEN

| | | 9/7/10 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
  (2 Copies) Inmate
  (1 Copy) Inmate's File
  (1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
  (1 Copy) Inmate
  (1 Copy) Inmate's File - Inst./Facility
  (1 Copy) C.O. Inmate File
  (1 Copy) Retained by Official Responding

**EXHIBIT.AG.035-2**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

NATHANIEL R. BRAZILL,
    Plaintiff,

v.                              Case No.: 2:10-cv-00458-JES-DNF

BETH E. COWART,
RONALD L. HOLMES,
G. MORRIS,
S. PARKER, and
J. LAWSON,
    Defendants.
_____/

## **AFFIDAVIT**

COMES NOW, ___Steven Parker___ (hereinafter "Affiant"), who being first

duly sworn, on oath deposes and states as follows:

    1.    I am an adult over the age of eighteen (18) years of age and I have personal

knowledge of the facts stated herein, and am otherwise competent to testify in this matter.

    2.    I am a named Defendant in this matter and state truthfully:

I WAS NOT INVOLVED IN the special Review
that was iniated against inmate Brazil and
Ms. Cowart. I approved the Institution Classification
Teams Recommendation to transfer subject to
Hradee CT due to the special Review.

FURTHER THE AFFIANT SAYETH NOT.

Signed: _____

STATE OF FLORIDA
COUNTY OF _Martin_ _____

Sworn and subscribed before me, by _Steven Parker_ who is known to me or

produced _FL Drivers Lic # P626-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_ as identification, on this _13th_ day of

March, 2013.

ZACHARY PAYNE
MY COMMISSION # DD 957698
EXPIRES: February 2, 2014
Bonded Thru Budget Notary Services

_____
Notary Public

My Commission Expires:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATHANIEL R. BRAZILL,
     Plaintiff,

v.                          Case No.: 2:10-cv-00458-JES-DNF

BETH E. COWART,
RONALD L. HOLMES,
G. MORRIS,
S. PARKER, and
J. LAWSON,
     Defendants.
_____/

## AFFIDAVIT

COMES NOW, __Bethyl Elaine Cowart_____ (hereinafter "Affiant"),

who being first duly sworn, on oath deposes and states as follows:

    1.     I am an adult over the age of eighteen (18) years of age and I have personal

knowledge of the facts stated herein, and am otherwise competent to testify in this matter.

    2.     I am a named Defendant in this matter and state truthfully:

I was not involved with the decision or authority to transfer Brazill at any time. His transfer was

recommended and approved by persons other than myself. I do not now nor have I ever had the

authority to transfer any inmate. I placed Brazill in Administrative Confinement while at Desoto

Correctional Institution pending investigation while awaiting the Institutional Classification Team (I. C. T.)

and the State Classification Officer's make decision to transfer Brazil. Placing an inmate in Administrative

Confinement is normal protocol, in like circumstances, to remove the inmate from general population prior

to any transfer. Other than being assigned to conduct an Operational Review at Hardee Correctional

Institution; I had nothing to do with placing Brazill in Administrative Confinement at Hardee Correctional

Institution...

EXHIBIT.AG.037-1

FURTHER THE AFFIANT SAYETH NOT.

Signed: _Betty E Cowart_

STATE OF FLORIDA
COUNTY OF _____Florida_____

Sworn and subscribed before me, by _Betty/ Cowart_ (who is known) to me or

produced _____ as identification, on this _14th of March 2013_ day of

March, 2013.

A. J. DENNIS
MY COMMISSION # EE 833542
EXPIRES: October 29, 2016
Bonded Thru Budget Notary Services

_AJDennis_

Notary Public

My Commission Expires:

**EXHIBIT.AG.037-2**