UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATHANIEL R. BRAZILL,
        Plaintiff,

v.                                                    Case No.: 2:10-cv-00458-JES-DNF

BETH E. COWART,
RONALD L. HOLMES,
G. MORRIS,
S. PARKER, and
J. LAWSON,
        Defendants.
_____/

## DEFENDANT STEVEN PARKER RESPONSE TO PLAINTIFF'S FIRST INTERROGATORIES OF DEFENDANT STEVEN PARKER

COMES NOW, Defendant STEVEN PARKER, by and through his undersigned attorney and pursuant to Rule 26 and 33 of the Federal Rules of Civil Procedure files his response to Plaintiff's First Interrogatories of Defendant STEVEN PARKER.

1.  Please describe in as much detail as possible the policy and procedure in effect in July of 2010 to give an inmate a "Special Review" Classification

    **Response:**

    **The policy and process is used to identify inmates who should be kept apart due to specific reason(s) or inmates who should not be housed at a facility due to a specific circumstance(s).  In general, a special review can be issued if an inmate poses a risk to the security or order of the institution.**

    **Please see: 33-601.209 State Classification Office and Institutional Classification Teams and 33-601.211 Special Review.**

1

**EXHIBIT**

**C**

2. Please identify each official including name, title, and position, with authority to approve or deny giving an inmate at Okeechobee C.I. a "Special Review" classification in July of 2010.

Response:

**I am not located at Okeechobee nor am I directly involved with the internal dealings and affairs of the Institution. However, the Institutional Classification Team ("ICT") has local authority and would be composed from the following positions: Chairman, Warden or Assistant Warden, Chief of Security, Captain or greater, Classification Supervisor and the State Classification Officer.**

3. Please describe in as much detail as possible the reason given for giving Nathaniel R. Brazill a "Special Review" classification with Beth E. Cowart.

Response:

**The actual Special Review in this case was determined at Desoto C. I. I was not involved in that process.**

4. Please identify each official including name, title, and position, who suggested, mentioned, or advised giving Nathaniel R. Brazill a "Special Review" classification with Beth E. Cowart.

Response:

**The actual Special Review in this case was determined at Desoto C. I. I was not involved in that process. From documentation, I am aware that the following individuals were involved: Mr. Orton, Classification Officer, Mr. Holmes, Assistant Warden, and Mr. Morris, State Classification Officer.**

5. Please describe in as much detail as possible the actions or steps you took to give Nathaniel R. Brazill a "Special Review" classification with Beth E. Cowart.

Response:

**The actual Special Review in this case was determined at Desoto C. I. I was not involved in that process.**

2

6. Please identify the date on which it was decided to give Nathaniel R. Brazill a "Special Review" classification with Beth E. Cowart.

   Response:

   **The actual Special Review in this case was determined at Desoto C. I. I was not involved in that process.**

7. Please identify each document, including but not limited to memoranda, correspondence, and emails, sent or received by you, that evidence, mention, or refers to giving Nathaniel R. Brazill a "Special Review" classification with Beth E. Cowart.

   **Response: None**

8. Please describe in as much detail as possible the policy and procedure in effect in July of 2010 to transfer or obtain approval for the transfer of an inmate from Okeechobee C.I.

   Response:

   **I am not located at Okeechobee nor am I directly involved with the internal dealings and affairs of the Institution. However, the classification officer would make a recommendation to the Institution Classification Team who would then submit their recommendation to the state classification officer for review.**

   **Please see: 33-601.209 State Classification Office and Institutional Classification Teams**

9. Please identify each official, including name, title, and position, with the authority to transfer or approve the transfer of inmates from Okeechobee C.I. in July of 2010.

   Response:

   **I am not located at Okeechobee nor am I directly involved with the internal dealings and affairs of the Institution. However, the classification officer would make a recommendation to the Institution Classification Team who would then submit their recommendation to the state classification officer for review.**

   **Please see: 33-601.209 State Classification Office and Institutional Classification Teams**

3

10. Please identify each official, including name, title, and position, with who suggested, mentioned, or counseled transferring Nathaniel R. Brazill from Okeechobee C.I. in July of 2010.

**Response:**

**I am not located at Okeechobee nor am I directly involved with the internal dealings and affairs of the Institution. From documentation, I am aware that the following individuals were involved: Mr. Skipper, Warden, Captain Provencher, Mr. Licata, Classification Supervisor and Mr. Parker, State Classification Officer.**

11. Please describe in as much detail as possible the reason or justification given for transferring Nathaniel R. Brazill from Okeechobee C.I. in July of 2010.

**Response:**

**Inmate was previously special reviewed (Desoto C.I.) against a staff member who was later reassigned to Okeechobee C.I.**

12. Please describe in as much detail as possible what actions or steps you took to transfer of Nathaniel R. Brazill from Okeechobee C.I. in July of 2010.

**Response:**

**I approved Institutional Classification Team's recommendation for transfer.**

13. Please describe in as much detail as possible the nature of any and all threats made, either verbally or in writing, by Nathaniel R. Brazill, either towards you or an official.

**Response: Not known**

14. Please identify each official, including name, title, and position, with whom you conferred with or spoke to about any of the threats made by Nathaniel R. Brazil that are referenced in your response to Interrogatory #13.

**Response: None**

15. Please identify each document, including but not limited to memoranda, correspondence, and emails, sent or received by you, that evidence, mention, or refers to any of the threats made by Nathaniel R. Brazill that are referenced in your response to Interrogatory #13.

**Response: None**

16. Please identify each custodial official, including name, title, and position, with possession, custody, or control over each document referenced in your responses to Interrogatories #7 and 15.

**Response: None**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

By: _____

STEVEN PARKER


STATE OF FLORIDA
COUNTY OF OKEECHOBEE

The foregoing instrument was signed before me this _____01_____ day of _Aug_, 2012 by Defendant, STEVEN PARKER, who is personally known to me or who has produced _Known_ as identification and who did take an oath and says that the foregoing Answers to Interrogatories are true and correct.

WITNESS my hand and official seal in the County and State aforesaid this _____01_____ day of _Aug_, 2012.

_____
Notary Public
State of Florida

RICHARD H. BARKER
MY COMMISSION # DD 99955?
EXPIRES: June 8, 2014
Bonded Thru Budget Notary Service

My Commission Expires:
(Seal)

5