UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATHANIEL R. BRAZILL,
    Plaintiff,

v.                              Case No.: 2:10-cv-00458-JES-DNF

BETH E. COWART,
RONALD L. HOLMES,
G. MORRIS,
S. PARKER, and
J. LAWSON,
    Defendants.
_____/

**DEFENDANT STEVEN PARKER RESPONSE TO PLAINTIFF'S SECOND INTERROGATORIES OF DEFENDANT STEVEN PARKER**

COMES NOW, Defendant STEVEN PARKER, by and through his undersigned attorney and pursuant to Rule 26 and 33 of the Federal Rules of Civil Procedure files his response to Plaintiff's Second Interrogatories of Defendant STEVEN PARKER.

17. Please describe in as much detail as possible the extent of your access to the Offender Based Information System also known as OBIS.

    Response: I am authorized to use the OBIS within the scope of my duties as State Classification Officer.

18. Please provide the full name (i.e., first, middle, and last) of the official you identified in your response to Interrogatory #4 as "Mr. Orton, Classification Officer."

    Response: Richard Orton

19. Please provide the full name (i.e., first, middle, and last) of the official you identified in your response to Interrogatory #10 as "Captain Provencher."

1

**EXHIBIT D**

I do not have that information due to the fact that Captain Provencher is no longer employed with the the department.
   Response:
20. Please provide the full name (i.e., first, middle, and last) of the official you identified in your response to Interrogatory # 10 as "Mr. Licata, Classification Supervisor."

   Response: James Licata


21. Please identify the official, including name, title, and position, who communicated to you the recommendation to transfer Nathaniel R. Brazill from Okeechobee C.I.

   Response: Mr. Skipper, Warden
          Mr. Licata, Classification Supervisior
          Captain Provencher, Acting Security Chief
22. Please identify the means by which it was communicated to you the recommendation to transfer Nathaniel R. Brazill from Okeechobee C.I.

   Response: The Institutional Classification Team recommendation thru OBIS.


23. Please explain in as much detail as possible the basis underlying your decision to approve the Institutional Classification Team's recommendation for the transfer of Nathaniel R. Brazill as you described in your response to Interrogatory # 12.

   Response: Subject was special reviewed against a staff member at Okeechobee C.I., therefore approved transfer.


                                        STATE OF FLORIDA
                                        DEPARTMENT OF CORRECTIONS

                                        By_____

                                        STEVEN PARKER


STATE OF FLORIDA
COUNTY OF OKEECHOBEE

2

The foregoing instrument was signed before me this 25 day of September, 2012 by Defendant, STEVEN PARKER, who is personally known to me or who has produced State ID as identification and who did take an oath and says that the foregoing Answers to Interrogatories are true and correct.

WITNESS my hand and official seal in the County and State aforesaid this 25 day of September, 2012.

_____
Notary Public
State of Florida

My Commission Expires:
(Seal)

ZACHARY PAYNE
MY COMMISSION # DD 957698
EXPIRES: February 2, 2014
Bonded Thru Budget Notary Services