STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## OFFICE OF THE COLONEL

MEMO TO:     STAFF/INMATES

FROM:        B.E. COWART COLONEL

DATE:        6/17/2009

SUBJECT:     INMATE CLASS B & C UNIFORM REQUIREMENTS

---

**1. The male Class A uniform shall require the following:**
The ID card shall be worn,   State issued outer shirt, State issued pants, T-shirt under outer shirt (permissible but not required to be worn underneath buttoned state issued outer shirt), Under shorts, State issued web belt (except for state issued pants with elastic waistband not requiring a belt), Socks, and Footwear (including state issued canvas shoes, work boots, or approved medically necessary footwear).

**2. The Class B uniform shall be the same as the Class A uniform with the following modifications:**
State issued outer shirt is not required; Footwear (includes authorized athletic shoes, state issued canvas shoes, work boots, or approved medically necessary footwear).

**3. The Class C uniform shall require the following:**
 T-shirt,  Pants or authorized athletic shorts,  Under shorts (for male inmates) ,  Socks,  Foot wear (including authorized athletic shoes, state issued canvas shoes, work boots, or approved medically necessary footwear).

**The class B uniform for males and females may be worn as follows:**
a. Off-duty hours,
b. While in the dormitory off-duty,
c. While participating in authorized recreational activities,
d. While on the recreational field,
e. To and from the recreational field.

**The class C uniform for males and females may be worn as follows:**
a. While in the dormitory off-duty,
b. While participating in authorized recreational activities,
c. While on the recreation yard and movement to and from the recreation yard, and
d. Inmates shall be allowed to wear athletic shorts to the inmate canteen only in those cases where inmates are allowed to go to the inmate canteen directly from the rec yard.

**EXHIBIT**



The Class A uniform for males and females shall be worn as follows:

a. Monday through Friday during the hours of 8:00 a.m. and 5:00 p.m. while the inmate is on duty,
(To clarify the above: At Desoto CI All Inmates are considered on duty Monday through Friday 8:00am to 5:00pm with the exception of Inmates assigned to Food Service, Library and Confinement orderlies as these inmates have alternate work hours and days off.)
b. While on work detail, except as work supervisors authorize as needed for a particular work detail,
c. When at the library,
d. When at medical,
e. When at food service,
f. All call-outs,
g. For special programs,
h. For visitation, and
i. At any other time when a class B or C uniform or other clothing is not specifically allowed by this or other rule.

OFF DUTY HOURS ARE DEFINED AS: HOURS AFTER 5:00PM UNTIL 8:00AM OR SCHEDULED DAYS OFF.

The **ONLY** Inmates authorized to be OFF DUTY and in class B or C Uniform during the hours of 8:00Am to 5:00Pm Monday through Friday are as follows:

CONFINEMENT ORDERLIES (ONLY ON THEIR SCHEDULED DAY OFF)

LIBRARY ORDERLIES (ONLY ON THEIR SCHEDULED DAY OFF)

FOOD SERVICE INMATES (ONLY ON THEIR SCHEDULED DAY OFF)

NO OTHER INMATE IS AUTHORIZED TO BE IN CLASS C OR B UNIFORM DURING WORK HOURS OF 8:00AM TO 5:00PM MONDAY THROUGH FRIDAY.

*B.E. Cowart*  6/17/09
B.E. COWART CO COLONEL