```
Close  Open  Save  Print  Tickler Search  Add  FullScr  Notes  Events  Image  Re-Order  View  Dkt ID  Dismis
                                         Forms
```

2009 CA 003546           BRAZILL, NATHANIEL R vs  WALTER A MCNEIL SECRETARY FL DEPT OF
CORRECTIONS et al        JCC

---

**Search Criteria**
 Docket Entry                              Begin Date                SortAscending
 Images       All Dockets                  End Date
 Participant
 Display OptionExclude Non Display Dockets

---

**Search Results**

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 9/11/2009 | | CIVIL COMPLAINT  Receipt: 267677  Date: 11/03/2009  Receipt: 278737  Date: 12/02/2009  Receipt: 289431  Date: 12/30/2009  Receipt: 294250  Date: 01/12/2010  Receipt: 296523  Date: 01/19/2010  Receipt: 300830  Date: 01/28/2010 | 400.00 | |
| 9/11/2009 | | LETTER TO CLERK FILED BY PETITIONER PROVIDING PETITION | | |
| 9/14/2009 | | RESPONSE LETTER TO PETITIONER | | |
| 9/23/2009 | | AFFIDAVIT OF INDIGENCE | | |
| 9/24/2009 | | CLERK'S DETERMINATION ON INDIGENCE UNDER 57.085, F.S. (INDIGENT) | | |
| 9/24/2009 | | ORDER UPON CLERK'S DETERMINATION OF INDIGENCE | | |
| 10/5/2009 | | REQUEST FOR ISSUANCE OF SUMMONS FILED BY PETITIONER | | |
| 10/6/2009 | | SUMMONS ISSUED TO WALTER A. MCNEIL SECRETARY FL DEPT OF CORRECTIONS (SENT TO LEON COUNTY SHERIFF FOR SERVICE)  Receipt: 278737  Date: 12/02/2009 | 10.00 | |
| 10/6/2009 | | SUMMONS ISSUED TO WARDEN ROBERT C. JOENS (SENT TO DESOTO COUNTY SHERIFF FOR SERVICE)  Receipt: 278737  Date: 12/02/2009 | 10.00 | |
| 10/6/2009 | | SUMMONS ISSUED TO RONALD L. HOLMES ASSISTANT WARDEN (SENT TO DESOTO COUNTY SHERIFF FOR SERVICE)  Receipt: 278737 Date: 12/02/2009 | 10.00 | |
| 10/6/2009 | | SUMMONS ISSUED TO OFFICER BETH E. COWART (SENT TO DESOTO COUNTY SHERIFF FOR SERVICE)  Receipt: 278737  Date: 12/02/2009 | 10.00 | |
| 10/6/2009 | | SUMMONS ISSUED TO OFFICER JOSE M. RIOS (SENT TO DESOTO COUNTY SHERIFF FOR SERVICE)  Receipt: 278737  Date: 12/02/2009 | 10.00 | |
| 10/6/2009 | | LETTER TO DESOTO COUNTY SHERIFF'S OFFICE REGARDING SUMMONS | | |
| 10/7/2009 | | AMENDED ORDER UPON CLERK'S DETERMINATION OF INDIGENCE | | |
| 10/9/2009 | | SUMMONS RETURNED EXECUTED 10/8/09 WALTER A. MCNEIL SECRETARY FL DEPT OF CORRECTIONS GOVERNMENTAL AGENCY SERVED ALEXANDRIA WALTERS AS ATTORNEY | | |



EXHIBIT F

| Date | Description | Amount |
|---|---|---|
| 10/16/2009 | SUMMONS RETURNED EXECUTED 10/9/09 WARDEN ROBERT C. JOENS | |
| 10/16/2009 | SUMMONS RETURNED EXECUTED 10/9/09 RONALD L. HOLMES, ASSISTANT WARDEN | |
| 10/16/2009 | SUMMONS RETURNED EXECUTED 10/9/09 OFFICER BETH E. COWART | |
| 10/16/2009 | SUMMONS RETURNED EXECUTED 10/9/09 OFFICER JOSE M. RIOS | |
| 10/29/2009 | NOTICE OF APPEARANCE AND MOTION FOR ENLARGEMENT OF TIME FILED BY MARICRUZ RAHAMAN ESQ ATTORNEY FOR DEFENDANTS | |
| 11/3/2009 | PARTIAL PAYMENT SETUP FEE   Receipt: 267677   Date: 11/03/2009 | 25.00 |
| 11/4/2009 | ORDER GRANTING MOTION FOR EXTENSION OF TIME (30 DAYS) | |
| 11/19/2009 | EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER FILED BY PETITIONER | |
| 12/4/2009 | DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CIVIL COMPLAINT | |
| 12/31/2009 | LETTER TO CLERK FILED BY PETITIONER PROVIDING REPLY | |
| 12/31/2009 | PLAINTIFF'S REPLY TO DEFENDANTS' MOTION TO DISMISS | |
| 3/15/2010 | LETTER TO CLERK FILED BY PETITIONER REQUESTING COPY OF DOCKET (COPY OF DOCKET MAILED 3/16/10) | |