(l) Assessments and reviews may contain recommendations for the setting of sentences pursuant to Section 921.22, F.S. Such recommendations should specify a definite period of years or months, taking into account the tentative expiration date on the set term, the amount of gain time earned and the amount of time it will take to process the recommendation. Such recommendations should be based on all information concerning the inmate that is available to the team.

(m) The department may in selected cases recommend to the Florida Parole Commission that an inmate be placed on parole at an earlier date than scheduled. Note should be made of an inmate's presumptive parole release date (PPRD) when considering such possibilities. If it is felt that such significant progress has taken place since the setting of the PPRD that it should be moved forward to an earlier date, then such recommendations should be made to the Parole Commission in an assessment and review setting forth the basis for recommending a change in the PPRD. All assessments and reviews containing parole recommendations will be reviewed and approved or disapproved by the Institutional Classification Team and forwarded to the State Classification Office for approval or disapproval. The assessment and review shall then be submitted to the Chief of the Bureau of Classification Management who, on behalf of the Secretary, shall make a recommendation to the Parole Commission. A copy of the report shall be forwarded to the Parole Commission.

*Rulemaking Authority 944.09, 958.11 FS. Law Implemented 20.315, 921.20, 944.09, 944.17(2), 944.1905, 958.11 FS. History–New 12-7-81, Formerly 33-6.09, Amended 6-8-82, 10-26-83, 6-8-86, 7-8-86, 10-27-88, 1-1-89, 7-4-89, 10-12-89, 1-2-91, Formerly 33-6.009, Amended 7-21-91, 8-30-92, 5-13-96, 6-12-96, 11-19-96, 10-15-97, Formerly 33-6.0045, Amended 9-19-00, 2-25-07, 11-4-08, 7-4-10, 8-12-12.*

### 33-601.211 Special Review.

(1) Special review is the classification status assigned to inmates who pose a potentially serious threat to other inmates or staff or who pose a risk to the security and order of an institution.

(2) The purpose of the special review designation is to ensure that the inmates are tracked and housed to minimize potential conflict.

(3) Special review status shall be assigned only in cases in which the circumstances are serious and expected to be long-term in nature.

(4) The Bureau of Classification and Central Records is responsible for verifying, documenting, approving and assigning special review status.

(5) The facility housing the special review inmate shall ensure that documentation related to the inmate is processed and maintained as current. If inmates at other facilities are involved in a special review, the facility housing the special review inmate shall forward copies of all special review documentation pertinent to the other facility's inmate for inclusion in that inmate's file.

*Rulemaking Authority 944.09 FS. Law Implemented 944.09 FS. History–New 10-11-04.*

### 33-601.215 Classification – Transfer of Inmates.

Upon completion of the reception process, each inmate shall be assigned and transferred to the institution approved by the State Classification Team that might best facilitate his institutional progress. Inmates may subsequently be transferred from one institution to another; however, the goal of the classification system is to retain inmates at institutions for longer periods of time in order to reduce transfers and stabilize the inmate population. Inmates participating in academic, vocational, substance abuse or betterment programs will not be transferred to another institution prior to completion of the program unless the program is available at the receiving institution, or for purposes of population management or security and safety concerns specifically set forth in writing. Transfers are subject to review by the inmate grievance procedure.

*Rulemaking Authority 944.09 FS. Law Implemented 944.09, 945.12 FS. History–New 10-8-76, Formerly 33-6.03, Amended 7-21-91, 10-11-95, Formerly 33-6.003, Amended 9-19-00.*

### 33-601.217 Elderly Offender Housing.

(1) Definitions.

(a) Institutional Classification Team (ICT) – refers to the team consisting of the warden or assistant warden, classification supervisor, a correctional officer chief, and other members as necessary when appointed by the warden or designated by rule. The ICT is responsible for making work, program, housing and inmate status decisions at a facility and for making other recommendations to the State Classification Office (SCO).

**EXHIBIT**

**G**