UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATHANIEL R. BRAZILL,
    Plaintiff,

v.      Case No.: 2:10-cv-458-FtM-29DNF

BETH E. COWART, et al.,
    Defendant.
_____/

## AFFIDAVIT OF NATHANIEL R. BRAZILL

STATE OF FLORIDA  )
                          )
COUNTY OF HARDEE )

    BEFORE ME, the undersigned authority, personally appeared Nathaniel R. Brazill, who, being duty sworn, states the following:

    1. My name is Nathaniel R. Brazill and I am the Plaintiff in this case. I am competent to testify to the facts in this affidavit and they are based on my personal knowledge.

    2. In 2009, I was an inmate housed at the DeSoto Correctional Institution Annex.

    3. Colonel Beth E. Cowart was the Chief of Security at DeSoto that year.

    4. On June 17, 2009, Colonel Cowart posted a memo promulgating policy on inmate uniforms.

    5. I subsequently received a corrective consultation for being out of uniform as proscribed by Colonel Cowart's memo.

    6. On September 11, 2009, I filed a lawsuit in state court against Colonel

EXHIBIT

J

Cowart and the institution administration challenging Colonel Cowart's policy

7. I paid the state court's $425 filing fee and the $50 process service fee.

8. On November 5, 2009, while at my job assignment in the law library, two correctional officers handcuffed me behind my back in the presence of other inmates and prison staff and escorted me to administrative confinement.

9. While in confinement, I was deprived of visitation privileges, telephone privileges, radio privileges, television privileges, canteen privileges, recreation privileges, dayroom privileges, and a daily shower, being limited to only three showers per week.

10. I was held in administrative confinement for 27-days.

11. I have been in prison since I was 13-years-old and am now 26, and I have never spent 27-days in administrative confinement except when Colonel Cowart put me there at Desoto in 2009.

12. On December 2, 2009, I was transferred from Desoto and subsequently sent to Okeechobee Correctional Institution.

13. On July 22, 2010, at approximately 3:00 P.M., I was called in to see my classification officer, Mr. Hardaker, who informed me about Colonel Cowart becoming Okeechobee's new assistant warden and that I was pending transfer.

14. I was not placed in administrative confinement at Okeechobee while Colonel Cowart was there or while I was pending transfer. I remained in the general population and was transferred while in general population status.

15. On July 27, 2010, I was transferred from Okeechobee and subsequently sent to Hardee Correctional Institution.

16. On January 3, 2011, I was placed in administrative confinement while at Hardee due to Ms. Cowart being present at Hardee.

17. On January 6, 2011, I was released from confinement after Ms. Cowart left Hardee.

18. My State court lawsuit was summary dismissed as moot due to me no

longer being housed at DeSoto.

19. I have been afraid to file any more lawsuits challenging prison official's policies because of the fear of losing more money after another retaliatory transfer.

20. Mr. Glenn Morris is now the assistant warden here at Hardee and has been so for about the past 15-months. We see each other every other month or so on the grounds of the institution and our relationship is professional and respectful. I have not been placed in confinement nor transferred and special reviewed as a result of Mr. Morris being a Defendant in this lawsuit.

21. My family lives in Palm Beach County, Florida, so as part of my good adjustment transfer I requested Okeechobee C.I. because it is closer to Palm Beach than Hardee C.I. However, my good adjustment transfer request back to Okeechobee was denied because Ms. Cowart is still there.

22. The foregoing facts are known by me to be true based on my own person knowledge.

ANYTHING FURTHER AFFIANT SAYETH NAUGHT.

*Nathaniel R. Brazill*
Nathaniel R. Brazill
Affiant

**SWORN TO AND SUBSCRIBED** before me, the undersigned public notary, this _____ day of April, 2013, by the affiant, Nathaniel R. Brazill, who produced a Florida Department of Corrections picture ID card as identification and who did take an oath.

WITNESS MY HAND AND SEAL:

3-3-16
_____
My commission Expires

RONALD K. BARNES
MY COMMISSION # EE 166266
EXPIRES: March 30, 2016
Bonded Thru Budget Notary Services

_____
Notary Public Seal

*Ronald K Ba*

3